UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 20-MJ-6383-MPK

UNITED STATES OF AMERICA

v.

MICHAEL BRANDAO

ORDER ON DETENTION MOTION

KELLEY, M.J.

The defendant had an initial appearance on July 22, 2020, on the above-numbered complaint. The government moved for detention. Represented by counsel, defendant waived a detention hearing without prejudice. He is presently awaiting trial in state custody. The court will therefore continue the detention hearing in the instant case until such time as the defendant is released from state custody in accord with the protocol set forth in United States v. King, 818 F.2d 112, 115, n. 3 (1st Cir. 1987).

Thus, it is ORDERED that: (1) the detention hearing is continued generally; (2) the defendant is DETAINED pending the detention hearing, see 18 U.S.C. § 3142 ("During a continuance, the defendant shall be detained. . . ."); and (3) the U.S. Marshal lodge a detainer against the defendant with the state authorities on the basis of this Order.

/s/ Page Kelley
Page Kelley
UNITED STATES MAGISTRATE JUDGE

Date: July 22, 2020