## REVISED OMNIBUS STATEMENT OF FACTS FOR SENTENCING

## I.     HISTORICAL BACKGROUND OF NOB

NOB is a Boston-based criminal organization/street gang.  "NOB" references Norton/Olney/Barry streets in Dorchester, Massachusetts.  NOB members/associates also refer to themselves as being in the "Head Shot Mafia" or "HSM."

NOB engages in various types of criminal activities including: (1) crimes related to murder (usually involving shootings); (2) drug trafficking; (3) sex trafficking; (4) robberies; (5) other violent crimes (such as batteries both on the street and in custodial settings); (6) witness intimidation and obstruction of justice; and (7) firearms-related crimes.  NOB members/associates work together to facilitate their criminal activities.  NOB is involved in various criminal activities (primarily violent crimes and drug trafficking) in the Boston area and other Massachusetts communities, including New Bedford, Stoughton, Randolph, Taunton, Brockton, East Bridgewater as well as various Cape Cod communities.  The criminal activities of NOB also involve various other states including Rhode Island, Maine, Connecticut, New York and California.

NOB members/associates have been tied to numerous violent crimes, particularly shootings, targeting rivals, including rival gang members/associates.  One of the primary targets of NOB's violence is the Cameron Street gang.  Both organizations have been involved in a long-standing conflict which has resulted in both organizations committing murders and shootings against each other.  Not only have they engaged in this type of violence, both groups have used rap music, music videos, and social media to: (1) brag/boast about crimes committed; (2) threaten the other group; and (3) denigrate the other group, including victims of violent crimes.

The violence between NOB and the Cameron Street gang arises out of a long-standing conflict within the Cape Verdean community in Boston which began with the 1995 murder of Bobby Mendes.  On October 10, 1995, Mendes was fatally stabbed by Arnaldo "Nardo" Lopes.  Lopes immediately fled after stabbing Mendes.  In the aftermath of the killing, friends and family of Mendes began a series of retaliatory acts of violence against the Lopes side of the dispute.  In turn, the Lopes faction, led by Arnaldo's brother, began to target witnesses to the stabbing as well as respond to these retaliatory acts of violence.  The Arnaldo Lopes side of the dispute aligned themselves with other individuals in the area of Stonehurst Street in Dorchester.  The Mendes faction remained in the Wendover Street area of Dorchester, and the group has been referred to as "Wendover" since that time.  The two groups, centered around Wendover and Stonehurst Street, were essentially at war with each other.  Both groups thereafter began to exhibit more typical gang-related behavior, such as organizing drug networks, participating in premediated group shootings and wearing distinct clothing associated with their respective groups.  A geographic area, or "turf," was established and controlled by each of the groups, with Columbia Road being the dividing line.

As the dispute escalated, alliances were established with other Cape Verdean groups in the area.  Individuals associated with Stonehurst aligned with another Cape Verdean street gang named the Cape Verdean Outlaws ("CVO").  This expanded the Stonehurst turf beyond

GOVERNMENT EXHIBIT
1
PENGAD 800-631-6989

Stonehurst Street and into the Hancock Street and Bowdoin Street neighborhoods. Wendover maintained its turf on the other side of Columbia Road and at times aligned with individuals in the Woodward Avenue area. In the years after their alliance, the original Stonehurst faction began to associate with younger Cape Verdean associates in the Cameron Street area. The Cameron Street gang is the present-day group associated with the Arnaldo Lopes faction of the Lopes/Mendes dispute. Essentially, they are a younger off-shoot of the original Lopes/Stonehurst group, and they have maintained their role in continuing the dispute against Wendover and its associates.

The Wendover and Cameron Street ongoing feud had an escalation of violence in 2014 based on various murders. The level of firearm incidents began to escalate, with Wendover members/associates shooting at Cameron Street members/associates with greater frequency. The arrest and eventual incarceration of Wendover's leader led to a small decrease in the level of intensity between the two groups. The arrest also left a temporary void in the group's ability to defend itself from Cameron Street and to commit acts of violence. Younger Wendover associates began to fill this void. This younger subgroup is NOB.

The August 20, 2016, homicide of Wendover member/associate Ailton Goncalves (the leader of Wendover at that time) sparked an increase in violence. Cameron Street gang members/associates Danilo Depina and Aaron Almeida were arrested and charged based on the murder.[1] This murder in turn led to the retaliatory murder of Cameron Street gang member/associate ▮▮▮▮ "Bunz" ▮▮▮▮ on September 20, 2016, in Dorchester. Many of the violent crimes in this case arose out of this background of ongoing gang warfare. In fact, NOB members/associates have publicly identified that one of the reasons for their crimes of violence was retaliation for violence committed against them and their associates. In this regard, NOB members/associates have repeatedly referenced the murders of NOB members/associates in their communications and music/videos as driving violence committed by NOB.

## II.   NOB

### A. Gang Name/Hand Signs/Tattoos/Clothing

"NOB" has been openly used by members/associates to refer to their group in public postings, as well as in private images shared in electronic communications. NOB members/associates also refer to themselves as the "Head Shot Mafia" or "HSM." As an example, the profile below belongs to defendant Michael BRANDAO, and includes the use of NOB and HSM as well as other gang-related numbers and terms.

---

[1] As noted below, Danilo Depina was the target of an NOB attempted murder on January 1, 2017, involving defendant Darius BASS.



**Frizzblock Fredo**
2,903 subscribers

| HOME | VIDEOS | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT |

Description

#N.O.B #7981 #HSM4L R.I.P DUCE BANGA "IF ION END UP DEAD, OR IN A CELL WE PUTTING THIS SHIT ON THE MAP"

NOB gang members/associates (1) use distinctive hand signs to identify themselves; (2) have gang-related tattoos; and (3) wear gang-related clothing. Gang-related hand signs include an inverted "H" hand sign (made with either one hand or two hands). This gang sign is repeatedly flashed in social media postings and in rap videos; it is also seen in photos of gang members taken from seized phones. The numbers "3" and "4" are used to denote NOB as they are a reference to the address of a member/associate of the gang who was murdered. These two numbers are conspicuously flashed by NOB members in images and in videos. For example, in rap albums made by defendants Michael BRANDAO and Kelvin BARROS, the album covers had cartoon images of both rappers flashing the "3 4" hand sign and standing under street signs consistent with NOB's gang territory. NOB members/associates also use the numbers "7981" to denote their gang membership/association. The gang wears gang-related clothing which include gang symbols such as (1) a broken heart with the "3 4"; (2) "H$M" which is a reference to the "Head Shot Mafia"; and (3) Chicago Blackhawks hats and clothing because one of the team's images includes two crossed tomahawks over the letter "C" – thus the image is consistent with the crossing out of Cameron Street. Gang members maintain gang-related tattoos. For example, defendant Kelvin BARROS has (1) NOB on his calf; (2) "N" and "B" on his torso; (3) the number "7981" on his brow; and (4) "HSM" – denoting the "Head Shot Mafia" in his calf. Defendant Samael MATHIEU has "H$M" (Head Shot Mafia) tattooed on his arm; in a social media post, MATHIEU identified that he got the tattoo to identify with his "gang." Defendant Joseph GOMES has an "HSM" and "3 4" tattoo which he noted in a recorded jail call was a gang-related tattoo.

### B. NOB Rap Recordings/Videos

NOB members/associates are involved in the production of rap recordings and videos that are gang-related. In these recordings/videos, gang members/associates discuss ongoing violence and other crimes such as drug trafficking. For example, one of defendant Michael BRANDAO's videos (released in 2019) is titled *Die Homes* – a direct reference to one of NOB's rival gangs, the Homes Avenue gang. The video includes express threats to rival gang members/associates. It was filmed on Homes Avenue as a means of disrespecting one of NOB's rival gangs. The video also includes BRANDAO expressly stating that he targeted "Happy Feet" – a reference to the street name of a rival Cameron Street gang member.

The recordings/videos (1) repeatedly refer to their "gang" or "side;" (2) use NOB gang signs; (3) reference "NOB;" (4) reference "3 4" (the NOB-related numbers); (5) memorialize

3

murdered members/associates of the gang; and (6) reference incarcerated members/associates of the gang.  The recordings/videos extol the violence committed by the gang, including reenactments of NOB-related murders which include information about the murders that has not been released to the public.  When memorializing murdered members of NOB/Wendover, the videos expressly state that they have shot rivals in retaliation and will shoot rivals in the future.  As an example, in one recording by defendant Samael MATHIEU, he states: ***"Always stay strapped [armed] b\*\*\*h/You know that hamma thang with us/NOB and HSM that's the only gang I trust/If you ain't got no bodies on your belt, then you ain't claimin" us."***

As noted above, the videos are also used to expressly taunt NOB's rival gangs.  For example, BRANDAO has referenced "smoking Bunz" in recordings/videos.  This is a derogatory reference to the murder of a Cameron Street gang associate ███████ "Bunz" ███████, and is a common taunt used by NOB against Cameron Street.  Along these lines, in recovered communications from seized phones, NOB members/associates sent images and videos to Cameron Street members/associates taunting them with the murder of "Bunz."

### III.   RACKETEERING ACTIVITIES OF NOB

The following are some of the racketeering activities of NOB committed over a period of years.

### 2016

### October 16, 2016 - UMass Dartmouth Attempted Murder

On October 16, 2016, at approximately 3:00 a.m., a shooting took place on the UMass Dartmouth campus in the vicinity of student housing.  The shooting involved two groups of individuals shooting at each other in a parking lot area.  One group consisted of NOB members/associates, including defendant Darius BASS.  The other group consisted of Cameron Street gang members/associates.  No one was reported injured in the shooting.  A number of cars received ballistic damage from shots fired in the confrontation.  One of the firearms used in the shooting was identified as a .45 caliber handgun.

Defendant Darius BASS was the primary instigator of the shooting and fired the first shots at a Cameron Street gang member/associate.  Other NOB gang members/associates were present for the shooting, including (1) Marcos Silveira; (2) Samael MATHIEU; (3) Patrick Pina, (4) Anthony Depina; and (5) Anton Lopes.  The identification of BASS as the shooter is supported by the following:

- On or about October 14, in a group chat recovered from BASS' phone, BASS and other NOB members/associates discussed going to a party at UMass Dartmouth and that Cameron Street gang members/associates would likely be at the party.  Leading up to these communications, recovered communications from BASS' phone establish that BASS was in open conflict with various Cameron Street gang members, including ██████ "Wade" ██████.

4

- At approximately 10:39 p.m. on October 15, NOB member/associate Anthony "Ant" Depina[2] sent an electronic communication to BASS that "Wade" (███████████) would be at UMass for a party ("Wade botta come out here").

    o BASS confirmed the details and time (BASS: "Where" "Dartmouth." Depina: "Yea." BASS: "What time shit end." Depina: "He coming to the after party shit after 2am." BASS told Depina "we coming later," to which Depina replied "say less im here" and asked "[y]ou gonna come?" BASS answered "yea."

- At approximately 1:10 a.m. on October 16, NOB member/associates, including BASS, exchanged location information. The data placed them in the area of UMass Dartmouth.

- At approximately 1:30 a.m., BASS again identified his location with coordinates. These coordinates correspond approximately to a parking lot near the Cedar Dell West dorms on the UMass Dartmouth campus – the location of the shooting.

- At around 2:30 a.m., approximately half an hour before the shooting, BASS and NOB member/associate Anton Lopes exchanged electronic communications regarding meeting at a car dealership. Lopes sent a message: "bouta test it out the window" [shoot a firearm to ensure it functions].

- A group chat recovered from defendant Ricky PINA's phone includes explicit details about the shooting incident. The group chat consisted of various NOB members/associates, including defendant Joshua TEIXEIRA. The applicable excerpt of the group chat is attached hereto as Exhibit 1.

    o Shortly after the shooting, NOB member/associate Patrick Pina sent a message saying "Everyone BE ON THEIR P's AND Q's!!" This was a warning about either possible retaliation by Cameron Street or law enforcement scrutiny. Based on the investigation, NOB members/associates will commonly alert other members of the gang in this manner.

    o About an hour after the shooting, around 4:00 a.m., NOB member/associate Anton Lopes and BASS discussed the shooting ("N****s cant b smoking n

---

[2] As set forth herein, Depina was involved in various aspects of NOB's criminal activities, including drug trafficking and firearms offenses. Depina was involved in the May 2018 shooting by defendant Joshua TEIXEIRA in Cameron Street gang territory which targeted a group of individuals. On June 16, 2020, an Attleboro apartment rented by Depina was searched and investigators recovered (1) over a kilogram of fentanyl (in pill and powder form); (2) a commercial pill press; and (3) drug trafficking paraphernalia. The evidence establishes that, though Depina rented the apartment, it was used by NOB associate Damian CORTEZ to distribute fentanyl.

getting drunk[3] that shit coulda went to the left [turned out badly] no bs") and that it was related to their "beef" [feud with rival Cameron Street] which was "getting real critical."

o   Several hours later, defendant Ricky PINA messaged: "Yal bitches...I see any type of opps [rivals] I pull up shooting everyone idc [I don't care]."

o   Later in the day, the group chat detailed the shooting incident. The conversation included both NOB members/associates who were present for the shooting and other members/associates who were trying to ascertain what had happened.  Per the conversation, the group identified: (1) defendant Samael MATHIEU was present and had a firearm with him, but was sleeping in a vehicle when the shooting occurred; (2) a Cameron Street gang member/associate initiated a confrontation with BASS; and (3) BASS drew a firearm and started shooting at the individual, and (4) then the Cameron Street gang member/associate started shooting back.  As to BASS' role as the first shooter, one of the NOB members/associates present for the shooting stated in the chat: "Some n**** ran up to where we was at and was like wassup trey [BASS] was like wassup and *then then trey pulled out first to dump* [shoot] but it was On safety so the n****s Ducked and *Then when trey started dumping he started dumping*").  The group also discussed the identity of the Cameron Street gang members/associates involved in the confrontation/shooting.

o   Throughout the day on October 16, Patrick Pina contacted defendant BASS to check on him and the other NOB members/associates ("You good?").

o   Following the shooting, BASS and several other NOB members/associates shared information about the investigation of the shooting.  In these communications, BASS commented that the police did not have sufficient information to tie the shooting to them.

As set forth above, BASS was identified by other NOB member/associates who had been present at the shooting as being the first shooter and that BASS attempted to shoot the person who confronted BASS.  On January 2, 2017, BASS and NOB member/associate Marcos Silveira were stopped by Randolph Police officers following a shooting on January 1, 2017, in Randolph, MA – this incident is more fully discussed below.  Officers subsequently searched a car associated with Silveira (who had the key fob for the car, consistent with Silveira driving the two to Randolph).  Officers recovered a loaded .45 caliber handgun from under the passenger seat

---

[3] The group chat identified that defendant Samael MATHIEU had been armed at the time of the shooting but was so intoxicated that he did not get out of the vehicle in which he was sitting.

(BASS' seat) as well as BASS' phone.  The .45 caliber handgun was ballistically matched to the .45 caliber handgun used in the UMass shooting – confirming BASS' role as the shooter.

### November 2, 2016 – Communications Involving Attempted Murder

On November 2, 2016, defendant Kelvin BARROS sent defendant Samael MATHIEU a text message complaining: *"Damn n***a u forced it on dogs fukked up the mi* [the mission]*."* MATHIEU responded to the message above: *"I ain't driving."*  BARROS replied: *"On dogs that shit jus got me tight* [angry] *n***a tf we had the perfect drop* ["drop" is a common term for location of a target] *I been waiting for hours my n***a u shoulda jus told me tf."*  The two then argued through messages about MATHIEU's failure to bring a vehicle for BARROS.  Later in the text exchange, BARROS wrote: *"Had me waiting all day to spin* [commit a shooting] *for no reason."* BARROS followed with: *"N***as is weak af on my dead mans that was some straight BITCH shit"* and *"That jus let me know n***as aint for that on dead dogs bro don't bring n****as around me I do this shit forreal n***as is bitch."*

In this exchange, BARROS complained that MATHIEU (and others) had caused a "mi" – meaning a "mission" – to go wrong.  "Mission" is a common term used by street gangs to denote violence and usually armed attacks.  BARROS made clear that a gang-related shooting was planned, and ready to be executed.  BARROS complained that MATHIEU had kept BARROS "waiting all day to spin [commit a shooting]" and that BARROS "had the perfect drop" – BARROS had found the location of the target for the shooting.  Thus, in this text exchange, BARROS admits that he had planned and conspired to commit a shooting and that the plan had been thwarted by the failure of MATHIEU and others to bring a vehicle to do the shooting.  As set forth below, in a similar situation, BARROS was involved in getting a stolen vehicle for a NOB gang-related attempted murder in 2018.

### November 3, 2016 - Wendover Street Shooting

On November 3, 2016, a shooting occurred on Wendover Street at approximately 11:30 p.m. during which the victim was shot in the leg while in a car.  Wendover Street is in NOB territory. Shortly after the shooting, defendant Darius BASS received texts from other NOB members/associates regarding the shooting.  BASS responded that a suspicious car had been seen and that it had been targeted.

- At approximately 11:48 p.m., NOB member/associate Anton Lopes texted BASS and asked if he was "Gucci" [okay].  BASS responded: "you know who always move first [devil emoji]."  BASS then asked Lopes: "you can get some trey pound food [ammunition] by tomorrow?"  Lopes responded: "call you in a few."

- Additionally, at approximately midnight, NOB member/associate Patrick Pina asked BASS if he was "good" as Pina heard shots had been fired.  BASS responded: "know that [devil emoji]."  Patrick Pina asked "score [successful shooting]?"  BASS answered: "some fishy whip [car] and n*****s do what it do."

**2017**

### January 1, 2017 - Randolph Shooting/Attempted Murder

On November 25, 2016, in a group chat recovered from BASS' phone, the group discussed "Tony," who is known to be a Cameron Street gang member Danilo Depina. As noted above, Depina had been associated with the 2016 murder of a Wendover member/associate. The reference to Depina came up in a discussion of Cameron Street gang members, and it was noted that Depina was "obsessed" with BASS – referencing that there was an ongoing conflict between Depina and BASS. On November 28, 2016, in recovered communications from BASS' phone, NOB member/associate Malik "Mook" Hobson sent BASS a link to a 2015 article regarding an arrest of Depina that included Depina's address as 11 Howe Circle in Randolph.

On January 1, 2017, at approximately 9:20 p.m., approximately six weeks after Malik Hobson had send BASS an article listing Depina's address, there was a shooting involving the residences at 9 and 11 Howe Circle in Randolph, MA. Responding officers recovered 9mm shell casings from the front area of 14 Howe Circle consistent with that location being used to shoot at 11 Howe Street. Investigators also found a cell phone and tube of lip balm in the backyard area of 14 Howe Circle that appeared to have been dropped by the shooter(s).

The following morning, January 2, at approximately 8:11 a.m., Randolph Police officers responded to a citizen's call for two suspicious males at the fence line between the Randolph High School football field and the rear yards of the houses on Howe Circle. The citizen tipster conveyed that one of the males had climbed over the fence in the area of 14 Howe Circle (thus entering the backyard where the evidence had been recovered the night before) and the second male was standing by the fence. The citizen also provided information as to the vehicle in which the two males had arrived, including the license plate number.

Upon arrival, responding officers observed BASS standing near the fence of the backyard of 14 Howe Circle, and NOB member/associate Marcos Silveira in the yard of 14 Howe Circle. A white Chevy Malibu associated with Silveira and BASS was found in the nearby Randolph High School parking lot, identified through the use of a key fob recovered from Silveira by an officer. Investigators looked inside the Chevy Malibu through the window and observed a Massachusetts driver's license for Marcos Silveira on the front passenger seat. There was also a cellular phone visible in the cupholder area and a phone case without a phone in it in the same area.

BASS accompanied officers to the lot, and Silveira was also brought to the lot by other officers. Officers asked BASS if he knew Silveira. BASS responded that he did not know Silveira and had not seen him before. This was a lie as BASS was a close associate with Silveira. For example, Silveira was a member of BASS' group chat that involved discussions of violence against the Cameron Street gang. In addition, Silveira had been with BASS at the UMass shooting. Both BASS and Silveira were subsequently allowed to leave.

The Chevy Malibu was impounded. It was searched pursuant to a state search warrant. Officers recovered several pieces of evidence from the vehicle including: (1) a loaded .40 caliber

pistol under the driver's seat; (2) a loaded .45 caliber pistol under the passenger's seat; (3) the empty phone case, (4) identification cards for Silveira, and (5) a phone subsequently identified as BASS' phone.   As noted above, the loaded .45 caliber pistol was subsequently matched to spent shell casings recovered at the scene of the UMass Dartmouth shooting.

State and federal warrants were sought and obtained to search the phones found at the scene of the shooting and in the Chevy Malibu (later determined to be Silveira's and BASS' phones, respectively).

- Recovered communications from BASS' phone include a conversation with NOB member/associate Anthony "Ant" Depina the afternoon of January 1, 2017, in which BASS asked: "U still got ya bitch [firearm] bro?"  Depina responded: "Shes in ri [Rhode Island]."  BASS stated: "lol tell her bring it, we need everything out here." Depina asked: "Offense?" BASS responded: "Factsssssssssssssssssssss."

- Silveira's phone called BASS at approximately 8:03 p.m. on January 1, 2017 and location data shows it traveling to the area of BASS' residence in Dorchester at approximately 8:15 p.m.

- Just after the time of the shooting, at approximately 9:31 p.m., BASS sent his location to his associate Arnaldo Dossantos.  The location was 103 Highland Avenue in Randolph, which is in close vicinity to the shooting.

  o BASS' phone then has several calls with Dossantos, NOB member/associate Elton Ribeiro, NOB member/associate Delven Carvalho-Centeio,[4] defendant Ricky PINA, and others.

- State search warrants for cell site location information ("CSLI") for Silveira's and BASS' phones were sought and obtained.

  o CSLI for BASS' phone places the phone in the area of the shooting around the time of the shooting (approximately 9:30 p.m.); leaving the area; returning at approximately 11:30 p.m.; and leaving again.  These actions are consistent with BASS being involved in the shooting and thereafter returning to the area where evidence was dropped two hours after the shooting.

  o CSLI for Silveira's phone places the phone in the area of the shooting around the time of the shooting.  This was the phone that was recovered from the backyard of 14 Howe Circle – the location where the shooters fired the shots at 11 Howe Circle.

---

[4] Carvalho-Centeio was initially charged in the June 15, 2020 complaint.  1:20-mj-6383-MPK.  He waived indictment and pleaded guilty on April 1, 2021 to an information charging him with RICO conspiracy involving NOB.  *See* 1:21-cr-10062-WGY.

- At approximately 11:46 p.m., BASS texted Silveira's phone: "Can my friend have his phone back" "who eva has it."  BASS then called defendant Ricky PINA, NOB member/associate Alidio Barbosa, and Arnaldo Dossantos.

- At approximately 11:59 p.m., BASS' phone searched the internet for "Randolph crimes" and "Randolph shootings."  This is consistent with BASS seeking to gather information about the shooting in which he was involved.[5]

- At approximately 12:10 a.m. on January 2, 2017, BASS sent several Snapchats to Danilo Depina, the target of the shooting ("I'm hip" and "U still ain't ride for ya your young boy").

### January 12, 2017 - Orleans Drug Seizure

On or about January 12, 2017, in Orleans, MA, officers stopped a vehicle that had been reported stolen two days prior by Brockton Police.  The passenger was defendant Samael MATHIEU; the driver was NOB member/associate Delven Carvalho-Centeio.  Officers recovered approximately 73 Xanax pills, $1,125, marijuana, and three cell phones from MATHIEU.

### April 25, 2017- Attempted Sex Trafficking of a Minor

On or about April 25, 2017, officers in New Haven, CT, received information that two sisters (16 and 18 years old) were being held against their will at a Days Inn by a pimp they knew as "Moe Money" - NOB member/associate Moses Cabral.[6]  Cabral was arranging for them to engage in sexual acts for a fee. Police responded and recovered the victims; Cabral had left shortly before the officers arrived.  According to the victims, they had been living at the Dorchester home of another male who was acting as their pimp.  On April 24, Cabral made contact with one victim via Backpage.com ad and assured the victims that if the victims went with him, he would take care of them.  They agreed. Cabral and another male picked them up in Dorchester and drove them to New Haven, CT.  Cabral immediately started posting prostitution ads of the victims on Backpage.com.  Several men called for dates but none showed up. On or about February 15, 2018, Cabral was arrested in Dorchester on Connecticut state charges.

As discussed below, Cabral was later arrested with NOB members/associates Damian CORTEZ and Delven Carvalho-Centeio in relation to prostitution activities in Maine.

---

[5] As discussed below, similar actions were taken by defendant Wilson GONCALVES-MENDES after a shooting in 2018.

[6] Cabral waived indictment and pleaded guilty on February 18, 2021 to an information charging him with RICO conspiracy involving NOB.  *See* 1:21-cr-10023-LTS.

**September 5, 2017 - Murder of Cameron Street Member/Associate A.P.**

In July 2017, a Cameron Street member/associate hereinafter referred to as "A.P." was injured in a shooting. A.P. had been referenced in recovered electronic communications involving NOB members/associates as being a member/associate of the Cameron Street gang. Another individual involved in this shooting was Cameron Street gang member/associate ▮▮▮▮▮ "Wade" ▮▮▮▮. As noted above, ▮▮▮▮ was involved in a conflict with NOB gang members/associates, including defendant Darius BASS. The firearm used for this July 2017 shooting was recovered from NOB member/associate Alidio Barbosa's possession on or about September 11, 2017 and was ballistically matched to multiple shootings.

On September 5, 2017, at approximately 10:40-10:45 a.m., A.P. was shot and died at a barbershop at 114 Stoughton Street in Boston. Based on the BPD homicide investigation, two individuals arrived on a scooter (a vehicle used by the gang as it can be driven to locations inaccessible by car). One of the individuals walked into the barbershop and shot A.P. multiple times. The two then fled and were not apprehended.

Leading up to the shooting, defendant Ricky PINA was identified as repeatedly going to the barbershop location and then to NOB-related locations consistent with PINA providing information as to the location of A.M. to other gang members/associates. On this date, PINA was wearing a GPS location device due to state court proceedings. The GPS location device provided the following information:

- At approximately 9:25 a.m. PINA left his residence and traveled to the area of the shooting where he stayed for a period of time;

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- At approximately 9:47 a.m., PINA left the area of the barbershop and traveled to 3 Upham Avenue – the residence of defendant Michael BRANDAO at that time. PINA stayed at the location for approximately two minutes before traveling to 6 Brook Avenue which was the known home address of NOB member/associate Devon Hamilton;

- At approximately 10:04 a.m., PINA left Hamilton's residence and traveled back to the area of the barbershop;

- PINA thereafter returned to Hamilton's residence;

- At approximately 10:30 a.m., PINA did a third trip to the area of the barbershop before returning to Hamilton's residence. The shooting took place shortly thereafter.

- For each of the trips to the area of the barbershop, PINA used a different route consistent with him attempted to conceal his actions.

11

███████████████████████████████████

### October 8, 2017 - Armed Robbery and Subsequent Witness Intimidation of Cameron Street Gang Member/Associate A.L.

On or about October 8, 2017, Cameron Street gang member/associate "A.L." was pistol-whipped and robbed in public at the Shawmut MBTA station by defendant Joseph GOMES and NOB member/associate Malik "Mook" Hobson.[7] Pursuant to recovered NOB electronic communications, A.L. was identified by NOB members/associates as (1) publicly denigrating a murdered NOB member/associate, and (2) potentially being involved in some fashion with the murder itself. NOB members/associates discussed targeting A.L.

As to the robbery and battery of A.L., MBTA police officers responded to a reported armed assault at the Shawmut MBTA station in Boston. Officers encountered A.L. who was bleeding from a head wound and had been assaulted by two males, one of whom used a pistol to batter him. The two attackers had stolen various pieces of property from A.L., including his wallet and his sneakers. Video recordings from cameras in the Shawmut station showed the two attackers beat and rob A.L. One of the witnesses to the armed robbery confirmed that one attacker had used a handgun to beat the victim while the other kicked the victim.

Investigators identified from the video that both suspects had GSP tracking bracelets on their legs. Based on information from these devices, officers identified the attackers as GOMES and Hobson. GOMES and Hobson were arrested on warrants from Dorchester District Court and state search warrants were executed at their residences. At GOMES' residence, investigators recovered (1) a handgun consistent with the one used in the armed assault/robbery; (2) bloody clothes consistent with clothes worn by GOMES during the armed assault/robbery; and (3) property consistent with the property stolen from the victim. GOMES thereafter pled guilty to crimes associated with the robbery in state court.

Defendants Kelvin BARROS and Wilson GONCALVES-MENDES subsequently intimidated and threatened A.L. inside of a Massachusetts state courthouse for allegedly cooperating against GOMES and Hobson. This witness intimidation was video-recorded, and it was posted on social media. The video was also included in a gang-related music video by defendants Michael BRANDAO and Kelvin BARROS (titled "*Dead Opps Pt. 3*" and publicly released on or about May 1, 2020) in which BRANDAO used the video to again threaten the victim, referring to him as "snitch boy."

---

[7] As discussed above, Hobson was the NOB member/associate who sent defendant Darius BASS the news article with the location information associated with the January 1, 2017, attempted murder in Randolph.

<u>**October 28, 2017 – Maine Sex Trafficking**</u>

On or about October 28, 2017, a Westbrook, ME detective working undercover in a human trafficking/prostitution investigation came across two advertisements on Backpage.com with very similar verbiage. However, the ads were for different females ("Mia" and "Baby Bella") with different contact numbers. The detective made contact with "Mia," and attempted to schedule a meeting. Despite texting about prices and the types of sexual acts, no meeting was arranged with "Mia." The detective then made contact with "Bella," who also discussed pricing and the types of sex acts that were included with a date. A prostitution date was arranged and "Bella" advised that she would be arriving in an Uber, a red Ford Explorer.

Law enforcement established surveillance in the meeting area and proceeded to stop a red Ford Explorer with a male driver and a female backseat passenger. Both were interviewed by law enforcement. The driver was determined to be an Uber driver. He advised that the ride had been ordered by an account bearing the name "Damian." He also stated that he was to pick up a passenger at the Econo Lodge in South Portland. The driver had also received a call from a male voice providing instructions on where to pick up the passenger. As the Uber driver was being interviewed, the telephone number associated with "Damian's" account repeatedly called the Uber driver's phone. After being instructed by law enforcement to pick up, the same male voice who had arranged the ride started asking questions about the female's location and seemed annoyed that the Uber bill had not yet been closed out. The female passenger seated in the back of the Uber matched the appearance of the female in the "Baby Bella" ad.

"Bella" was identified as an adult with the initials "AH." AH admitted to law enforcement that she was supposed to be meeting a date set up via Backpage.com. She further stated that "Damian," later identified as defendant Damian CORTEZ, was her boyfriend/pimp who was forcing her into prostitution and keeping all the money that she made from prostitution. According to AH, after meeting CORTEZ approximately one month before, he recruited her to work for him, promising that he would take care of her and help her re-gain custody of her child. However, CORTEZ was physically abusive to her and was using her drug addiction to keep her working for him. Detectives observed a large bruise on AH's arm that she said was caused by CORTEZ; she also appeared to be suffering from drug withdrawal. AH stated that CORTEZ told her their arrangement "was a forever thing" and that if she left him, he would kill her. AH advised that she was in Portland with CORTEZ, "Moses" (later identified as NOB member/associate Moses "Moe" Cabral), "Delven" (later identified as NOB member/associate Delven Carvalho-Centeio) and "Amanda" (who has been identified), and that they were staying at the Econo Lodge in South Portland. According to AH, the group of five had been traveling around New York and New England in a rented black SUV staying at different motels for a few days at a time where they would place ads on Backpage.com and arrange prostitution dates. According to AH, she worked under "Damian," and Amanda worked for "Moses," who kept most of Amanda's money.

The detectives arranged for AH to contact "Damian." When she did, "Damian" told her she had another date, ordered her to speak to the new "John" [sex customer], and told her to wait for another Uber to pick her up. When this Uber driver could not find her, "Damian" called AH back and said he would pick her up. After AH gave "Damian" a location provided to her by the

13

detectives, law enforcement stopped a black Chevy Tahoe, which was a rental vehicle. The driver was identified as Delven Carvalho-Centeio; the front seat passenger as Moses Cabral; the rear driver's side passenger as Damian CORTEZ, and the rear passenger side passenger as "███," who matched the appearance of the girl in the "Mia" ad. Cabral admitted that he had rented the SUV. Rental records confirmed that Cabral had rented the Tahoe in Boston. All four were arrested and charged in Maine.

During an inventory search of the vehicle, several cell phones were located. These included a white iPhone in a gold case claimed by "███." Visible on the screen at the time of seizure were messages attempting to arrange prostitution dates. When the number from the "Mia" Backpage.com ad was dialed, the gold phone rang. Two phones were found on the back seat where CORTEZ had been seated. When the number from the "Bella" ad was called, one of these phones rang.

## 2018

### February 1, 2018 - Cocaine Seizure

On February 1, 2018, Boston police officers were in the area of 32 Clayborne Street, prepared to execute state search warrants for the basement apartment at that address and the person of Sandro Pereira.[8] The warrants arose from a drug investigation that had involved multiple controlled purchases of heroin from the apartment by a confidential informant. The investigating officers understood that Pereira associated with defendant Kelvin BARROS.

While surveilling the address before initiating the authorized searches, officers saw a car arrive and park, then observed its occupants enter. Thereafter, officers saw two people emerge, get back into the car, and drive away. Believing one of the people might have been Pereira, surveilling officers instructed other officers in the area to stop the car.

Shortly thereafter, two officers saw and stopped the car. Pereira was not in the car; BARROS was the passenger with a female driver. Officers directed BARROS to exit of the car, and he did so. One officer conducted a pat frisk, felt a hard object in BARROS' groin area, and held BARROS' arm while his partner came to assist. When asked if the object was a weapon, BARROS said "no, it's drugs." The officer directed him to remove the object and place it on the ground, and BARROS did so. The object was determined to be 122.89 grams of cocaine wrapped in plastic. BARROS was arrested.

### March 27, 2018 - Conspiracy to Commit Murder/Attempted Murder

On March 27, 2018, BPD gang investigators were monitoring Wendover/NOB and Cameron Street/Homes Avenue gang territories as a means of reducing gang violence. As part

---

[8] Pereira was one of nine defendants charged in a separate indictment alleging a drug trafficking conspiracy, to which he pled guilty in 2021. *See United States v. Cortez*, 20-cr-10198-FDS.

of this surveillance, BPD gang investigators were conducting surveillance near defendant Michael BRANDAO's residence in Quincy, MA.  Officers observed BRANDAO get picked up in an SUV that was a rental vehicle.  The vehicle proceeded to Boston.

Officers observed the rented vehicle drive to Cameron Street gang territory.  The route taken by the vehicle was circuitous and officers observed various driving moves consistent with "cleaning itself" of possible law enforcement surveillance.  The area to which the vehicle drove was residential – i.e., there would be no reason to drive to the area if one was seeking to pass through the area to get to another part of Boston.  Given the ongoing gang violence, there would be no reason for NOB members/associates to be driving through Cameron Street territory for a reason other than gang violence as they would be putting themselves at considerable risk of being targeted by Cameron Street gang members/associates.  Thus, the only viable reason to drive to the area was because it housed Cameron Street gang member/associates – potential targets.  The actions of the vehicle were consistent with the preparation for a drive-by shooting against Cameron Street.

Officers attempted to stop the vehicle which fled at high speed.  Officers pursued, lost the vehicle for a brief period of time, and then were able to stop the vehicle.  The officers arrested the following individuals:

1. Ian Percival was the driver – personal papers in the names of Ian Percival and Alidio Barbosa, both known NOB members/associates, were recovered from the glove box;[9]

2. Jonathan DaSilva was the front passenger – DaSilva has been identified as an NOB member/associate;

3. Defendant Michael BRANDAO was the driver's rear passenger; and

4. NOB member/associate Tyrone "TY" Meek was the other rear passenger.

Officers searched the area where the pursuing officers had briefly lost sight of Percival's vehicle.  They found two handguns that had marks consistent with being thrown from the vehicle – a .40 caliber pistol with a 16-round magazine lying next to it and a .380 caliber pistol.  During the flight from the police, officers had observed that the rear passenger window had been open - consistent with the firearms being thrown from the back of the vehicle. BRANDAO and Meek were the rear passengers.

## May 17, 2018 - Conspiracy to Commit Murder/Attempted Murder

On or about May 17, 2018, at approximately 9:24 pm, Boston police were in an unmarked car stopped at a traffic light at the intersection of Hancock Street and Columbia Road when there was a report of possible shots fired in the area of Winter Street, Dorchester, known to

---

[9] As discussed below in the section dealing with defendant Michael BRANDAO, a different vehicle rented in the name of Percival's mother had been observed approximately six weeks before this incident in the area of a shooting murder.

officers to be Cameron Street gang territory.  While officers were at the traffic light, a gray Toyota Camry stopped next to the officers' unmarked car. A passenger yelled that his friend had been shot, and a backseat passenger stated he was hit.  Officers exited their car to administer care, opened the Camry's door, and observed a rear passenger later identified as defendant Joshua TEIXEIRA with an apparent gunshot wound to his back, and a driver's side rear passenger later identified as Anthony Depina, who stated he may also have been shot.  Officers observed ballistic damage to the rear window and trunk area of the Camry.

Before the officers could administer care, the driver, later identified as Jared Brown, put the Camry in drive and accelerated at a high rate of speed down Columbia Road.  Officers followed the Camry, which eventually stopped on Dudley Street.  Officers removed the occupants.  Brown stated he had fled because he wanted to drive both to the hospital.  Depina stated he had also been shot. Officers observed gunshot wounds on TEIXEIRA's back and hip, and a gunshot wound on Depina's arm. Officers requested EMS on scene, and TEIXEIRA and Depina were transported to Boston Medical Center. A spent 9mm shell casing was recovered inside the Camry, which was searched pursuant to a state warrant.

Officers identified that a shooting had taken place near 21 Winter Street – this area is Cameron Street gang territory.  Security video footage was recovered which showed the vehicle used by TEIXEIRA pull up to the area of the shooting.  There was a group of individuals standing in the area.  The evidence was consistent with shots being fired from the vehicle by TEIXEIRA.  Shots were also fired from the group of people standing on Winter Street at the vehicle.  Several spent shell casings were recovered from in front of 21 Winter Street.  Specifically, shells of two different calibers were recovered from area where the people had been standing, and five 9mm casings were recovered from the area where TEIXEIRA had been shooting.

In a subsequent recorded jail call, defendant Joseph GOMES spoke to TEIXEIRA and noted during the call that TEIXEIRA had done the shooting but had not hit anyone.

### July 15, 2018 - Attempted Murder/Conspiracy to Commit Murder of T.M.

On July 15, 2018, at approximately 5:14 p.m., a victim (hereinafter referred to as "T.M.")[10] was shot multiple times in New Bedford, MA in front of 425 Cottage Street.  Responding officers observed two shell casings, a blood trail on the ground, and a bullet hole that had entered the residence.  Officers learned that T.M. had arrived at the hospital at approximately 5:25 p.m.  T.M. had several wounds from the shooting but survived the shooting.  As set forth below, the evidence supports that defendant Wilson GONCALVES-MENDES was involved in the attempted murder of T.M.

Recovered security video footage captured a tall male walking in the area of the shooting around the time of the shooting.  Approximately six minutes before the shooting, the individual

---

[10] T.M. was identified by investigators as a Gangster Disciple street gang member in New Bedford.

16

is shown in the area of the shooting wearing black sweatpants with a yellow stripe on the side. The individual also had distinctive blue sneakers, a durag with long tails, and a large tattoo on his arm.  Based on a review of the surveillance video, investigators familiar with defendant GONCALVES-MENDES identified the individual near the scene of the shooting as him.  In addition to this identification, investigators also:

- recovered black sweatpants with a yellow stripe from GONCALVES-MENDES' residence on June 16, 2020, which were consistent with the pants worn by the individual in the video;

- identified that GONCALVES-MENDES had the same distinctive blue sneakers based on a social media picture of GONCALVES-MENDES wearing them; and

- identified that GONCALVES-MENDES wore a similar durag in a NOB gang-related photo.[11]

Investigators also recovered communications and data from a phone identified as being used by GONCALVES-MENDES, found on November 21, 2018 in a vehicle used in connection with a second shooting in New Bedford.  The recovered communications and data included:

- Two days before the shooting, GONCALVES-MENDES (who did not live in the area) communicated that he was in New Bedford with "Kal" – defendant Kelvin BARROS;

- The day before the shooting, GONCALVES-MENDES communicated that he and "Kal" were in New Bedford for "business";

- Approximately two hours before the shooting, GONCALVES-MENDES communicated that he was in New Bedford "tryn collect some bread";

- Shortly after the shooting, GONCALVES-MENDES communicated he was "OMW [on my way] to Boston."

- Within an hour of the shooting, GONCALVES-MENDES' phone had internet searches related to shootings in New Bedford – consistent with GONCALVES-MENDES seeking to identify the results of the shooting and any information about the investigation of the shooting (as noted above, a similar type of internet search occurred after the January 1, 2017, shooting in which defendant Darius BASS was involved);

---

[11] Officers identified that GONCALVES-MENDES sought to have his girlfriend obtain a new durag for him shortly after the shooting based on recovered electronic communications.

- The day after the shooting, GONCALVES-MENDES' phone had internet searches related to shootings in New Bedford – consistent with GONCALVES-MENDES seeking to identify the results of the shooting and any information about the investigation of the shooting.  There were also searches related to attorneys.

- Two days after the shooting, GONCALVES-MENDES' phone again had internet searches related to shootings in New Bedford – consistent with GONCALVES-MENDES seeking to identify the results of the shooting and any information about the investigation of the shooting.

## August 12, 2018 - Attempted Murder/Conspiracy to Commit Murder of J.G.

At approximately 3 a.m. on August 12, 2018, a drug dealer associated with NOB (hereinafter referred to as "J.G.") was shot as he sat in a vehicle at a gas station in Stoughton, Massachusetts. The victim was shot once through his vehicle's window with a .357 caliber handgun.

Based on recovered electronic communications from the victim's phone, the victim had been providing drugs for distribution to at least two NOB members/associates (Jawwad Freeman and Michael BRANDAO) in the months leading up to the attempted murder.  In this regard, investigators recovered text communications between J.G. and Jawwad Freeman leading up to the shooting in which Freeman sought pills from J.G. for distribution.  On a number of occasions, Freeman identified at that the pills were for another person.  Freeman also sought to have pills delivered to "79 Rodman Street" in Quincy.  At that time, defendant Michael BRANDAO lived at 80 Rodman Street in Quincy. It is a common practice for drug dealers to use an address close to the actual location used by an individual as a means of concealing the actual location.

The subsequent investigation identified that a stolen Audi SUV (stolen in the early morning of August 11, 2018 from a parking lot in Newton) had been used in the shooting.  In security video recovered by investigators, the Audi SUV was observed driving past the victim's vehicle prior to the shooting, consistent with conducting surveillance.  The Audi SUV was also observed in security video pulling up to the side of the victim's car right at the time of the shooting.  Based on security video from the area, investigators identified two individuals in the stolen Audi SUV at the time of the shooting.

Investigators subsequently identified that, at approximately 3:30 a.m. on August 11 (the day the Audi SUV was stolen from the Newton parking lot and the day before the attempted murder), cell site location information places a phone used by defendant Kelvin BARROS in the area of the Newton parking lot.  Cell site location information also places the phone in the area of defendant Michael BRANDAO's residence in Quincy within approximately 20 minutes of the time associated with its theft.

Cell site location information places a phone used by defendant Wilson GONCALVES-MENDES in the area of defendant Michael BRANDAO's residence in Quincy starting around approximately 6:00 p.m. through 9:18 p.m. on August 11.  There is no cell site location

information for this phone from approximately 9:18 p.m. on August 11 through 9:45 a.m. on August 12.

The Audi SUV was found approximately two days after the shooting in an area of Boston associated with the NOB gang. Inside the Audi SUV was a backpack containing personal papers belonging to defendant Wilson GONCALVES-MENDES, 5 .45 caliber bullets, a bottle with Wilson GONCALVES-MENDES' DNA, and marijuana.

The onboard communication system of the Audi SUV was also searched. Investigators found that, approximately six hours before the attempted murder of J.G., a cell phone associated with defendant Kelvin BARROS made three short calls through the Audi's onboard system.

- Two of the calls were to a cell phone number associated with defendant Darius BASS. As discussed above, BASS has been associated with at least two gang-related shootings in 2016 and early 2017.

- The third call was made to the phone used by Wilson GONCALVES-MENDES (recovered in November following a second New Bedford shooting as discussed below). As set forth herein, GONCALVES-MENDES has been associated with at least three gang-related shootings in 2018.

In recovered electronic communications from defendant Joshua TEIXEIRA's phone, within approximately four hours of the shooting (at approximately 7:00 a.m. on August 12), BARROS texted TEIXEIRA and asked for help getting the "Audi" back. BARROS further informed TEIXEIRA that he was having a problem getting the Audi back because "Dub ain't answering." "Dub" is GONCALVES-MENDES' alias and is used by other NOB members/associates to refer to GONCALVES-MENDES. Later that day, starting at approximately 6:59 p.m. on August 12, cell site location information for the phones associated with BARROS and GONCALVES-MENDES places both phones in the same geographic area - the area of a residence in Brockton associated with GONCALVES-MENDES.

### November 21, 2018 - Attempted Murder/Conspiracy to Commit Murder of J.S.

On or about November 21, 2018, at approximately 10:45 p.m., a male identified as a New Bedford Gangster Disciple street gang member (hereinafter referred to as "J.S.") was shot several times near a residence in New Bedford. This individual was in the same street gang as T.M. who was shot on July 15, 2018 (discussed above). .40 caliber shells were recovered from the area of the shooting.

A Massachusetts State Police Trooper was in the area of the shooting at the time. The trooper saw two individuals commit the shooting and then flee the area in a grey vehicle – this vehicle was later determined to be a Nissan Altima. The trooper also observed a second vehicle

which appeared to be following the vehicle used in the shooting.[12]  The trooper followed the Altima but lost it during a high-speed chase.  Shortly thereafter, the Altima was found abandoned with the keys in the center console and a cell phone that was continuously ringing, later determined to be defendant Wilson GONCALVES-MENDES' phone. An extended magazine for a .40 caliber pistol was recovered near the Altima.  The Altima had been stopped earlier in the night by the MSP in the Boston area and was being driven by GONCALVES-MENDES.

The Altima was reported stolen on November 22, the day after the shooting, by defendant Kelvin BARROS' girlfriend Briana Witherspoon, who stated it had been in defendant Wilson GONCALVES-MENDES' possession before it was allegedly stolen.  During the interview, Witherspoon stated she did not know how to get into contact with GONCALVES-MENDES, despite letting him drive her car.  Per Witherspoon, GONCALVES-MENDES had retrieved the Altima from Dedham the day of the shooting.

Evidence recovered from inside the Altima was forensically examined and determined to include:

- GONCALVES-MENDES' thumb print in the vehicle;

- A Red Bull can with fingerprints on it of defendant Michael BRANDAO and NOB member/associate Tyrone Meek;

- A Sprite bottle with fingerprints on it of defendant Michael BRANDAO; and

- A Red Bull can with Meek's fingerprint.

Investigators also recovered electronic communications relevant to the shooting from GONCALVES-MENDES' phone recovered inside the Altima.  These communications included:

- The day before the shooting on November 21:

  o GONCALVES-MENDES texted NOB member/associate Delven Carvalho-Centeio stating that GONCALVES-MENDES needed a rental for one day;

  o GONCALVES-MENDES texted a picture of the victim, J.S., to defendant Joshua TEIXEIRA and NOB member/associate Devon Hamilton, thus confirming that the gang was specifically targeting J.S.

- The day of the shooting:

  o At approximately 2:15 p.m., about eight hours before the shooting, Michelle Brandao, defendant Michael BRANDAO's sister, texted GONCALVES-

_____

[12] Investigators have identified a similar pattern of using two vehicles in other shootings related to NOB.

MENDES "wake him up now?" Shortly after, she texted "and tell him you coming to get him." GONCALVES-MENDES responded "yea."

o At approximately 4:16 p.m., about six hours before the shooting, Michelle Brandao texted GONCALVES-MENDES "yo" and then "you slidin?" consistent with her asking what GONCALVES-MENDES was doing. GONCALVES-MENDES responds texted "I'm tryn get this lick [violent crime] in New Bedford." Michelle Brandao responded "I'm already hip" – consistent with already knowing about the upcoming violent crime.

o At approximately 5:08 p.m., about one hour later, GONCALVES-MENDES texted Michelle Brandao "omw."

o At approximately 7:25 p.m., about four hours before the shooting, GONCALVES texted his girlfriend that he was with "Fredo" – Michael BRANDAO.

o At approximately 7:36 p.m., Michelle Brandao texted GONCALVES-MENDES "bro tell Fredo call my mom please."

o Approximately one hour after the shooting, NOB member/associate Delven Carvalho-Centeio texted GONCALVES-MENDES and asked: "Ya'll n****s good?"

### December 17, 2018 - Cocaine Base Seizure

On or about December 17, 2018, an East Bridgewater Police detective saw activity consistent with a street-level narcotics transaction between a known drug user and a black Nissan with tinted windows. Officers stopped the Nissan. Defendant Kelvin BARROS was the passenger; the driver was Sean "Shiz" Brown. Both men were asked to exit the car while officers ran record checks. The officers learned both BARROS and Brown had open state-court cases for drug trafficking charges. Meanwhile, other officers spoke with the known drug abuser, who told officers that he had bought heroin from the driver of the car, who he had observed to have cocaine on his lap. Officers arrested Brown and BARROS. Searches incident to the arrests yielded approximately $600 and a cell phone from BARROS, $1,200 and two cell phones from the Nissan's center console, and 28 grams of cocaine from Brown.

### 2019

### July 20, 2019 - Fentanyl and Firearm Seizure

In July 2019, the uptick in violence in the area of Dudley, Wendover, and Humphries Streets involving NOB and Cameron Street had resulted in multiple safety bulletins issued to officers and led to "directed patrols" of the area by police.

On or about July 20, 2019, officers on directed patrol saw a Honda Accord with a missing front license plate and heavily tinted windows. The officers began to follow the Honda, ran a check of the rear license plate number, and learned that it was registered to defendant Ricky PINA, who they believed was an NOB member/associate and had a previous gun-related conviction. As they followed the Honda, the officers observed it turn and appear to accelerate in an apparent evasive manner. At that time, the officers had not yet attempted to initiate a traffic stop and had not activated lights or sirens.

Officers tracked the Honda and caught up with it after it had parked. The officers approached and knocked on the windows, directing the occupants to lower them. When the windows remained up, an officer opened the rear passenger side door and directed the front passenger to lower his window. The passenger, whom officers recognized as defendant Michael BRANDAO, responded that the car was not running. The officers believed BRANDAO was also a member of NOB and recalled that his name had been included in the safety bulletins describing the recent shootings.  BRANDAO and PINA (the driver) complied when officers directed them to exit the Honda. Frisks of both men yielded nothing, and they were led to wait behind the car while officers conducted a protective sweep of the inside of the Honda.

During the sweep, an officer saw a plastic bag containing blue pills behind the front driver's side air conditioning vent. Believing the pills were a controlled substance, the officer placed PINA in handcuffs. The officer then returned to the Honda, removed the vent to retrieve the pills, and discovered a loaded 9mm firearm under the plastic bag. PINA was arrested and also received traffic citations for the missing front license plate, excessive window tint, and reckless driving. Officers confiscated two cell phones from him.

### September 13, 2019 - Hobbs Act Robbery Conspiracy

Per recorded jail calls, on or about September 12, 2019, defendant Ricky PINA, who was then incarcerated, spoke to Aderito "Shine" Barbosa, who was working with Pina to deal drugs. Barbosa told PINA that Barbosa had been robbed and that he believed it had been an inside job, i.e., that one of their drug sources had been involved in targeting Barbosa for robbery.  In a jail call the next day, PINA spoke to defendant Joshua TEIXEIRA, who was not in custody, about the robbery of Barbosa.  They discussed targeting for retaliation the drug source due to the issue with Barbosa.  TEIXEIRA questioned why, given that Barbosa was not an NOB member, they would risk losing a source for drugs.  PINA responded that they needed to retaliate for the attack on Barbosa.  TEIXEIRA agreed.  They discussed retaliating against the source and agreed that the retaliatory violence should occur only after they had robbed the source for as much product as they could.

The following is a rough transcript of the September 13 jail call between PINA and TEIXEIRA concerning the retaliation and the need to rob the source of supply before retaliating.

| PINA, R | You heard what happen to Shine? |
|---|---|
| TEIXEIRA | What? |
| PINA, R | He said he got "bombed" down the other day. [*Bombed meaning assaulted as he was robbed, which was discussed in previous communications with Pina*] |
| TEIXEIRA | For real? |
| PINA, R | Yeah. |
| TEIXEIRA | Oh yeah. |
| PINA, R | Yeah |
| TEIXEIRA | In front of his crib? [*Crib meaning house/primary residence*] |
| PINA, R | Yeah. |
| TEIXEIRA | You know what that is, you heard? |
| PINA, R | Yeah, he was telling me yesterday, I was on the phone with him yesterday. |
| TEIXEIRA | You know where that's from. |
| PINA, R | You think so? |
| TEIXEIRA | Hell yeah! N***as don't got no smoke. |
| PINA, R | I was thinking that to, he (Shine) said he's about to come up here Sunday. |
| PINA, R | If it is, you already know! |
| TEIXEIRA | N***a, that shit don't got shit to do with n***as. [*This is inferring that it does not involve NOB as Shine was not one of the members/associates of the gang*] |
| PINA, R | Yeah, but still. What? N***as, going to wait, wait until fucking something happens then to do something? |
| TEIXEIRA | So, what you trying to say? We should "panhal" ? [*panhal is Cape Verdean creole meaning to "get him," a vengeful implication-based on the context its being used*] |
| PINA, R | Naw, there's no choice. |
| TEIXEIRA | That's fucking up everything up n***a. [*the retaliation against their drug supplier would impact their business*] |
| PINA, R | There's no choice, we can't, we can't, we can't fucking rely on the n***a [*the supplier*] forever. |
| TEIXEIRA | N***a, but for now, n***a. (sigh, pause) |
| TEIXEIRA | If that's the case. That's what I'm saying we have to get him [*the supplier*] for mad. |
| PINA, R | [*Interrupting Josh*] No, no, yeah, it's all out; feel me all out. |
| TEIXEIRA | Yeah, I'm hip, but first do that so we can have our own "dinhero." ["*Dinhero*" is Cape Verdean Creole meaning money] |
| PINA, R | Yeah, yeah, I'm not going to burn the bridge and stay with nothing. |
| TEIXEIRA | That's what I'm saying n***a |
| PINA, R | Yeah n***a, I can't let that shit slide you feel me? [*Pina cannot let his associate getting robbed go*]  The n***a, he don't really fuck with us like that. [*the source for drugs is not close to the gang*] |
| TEIXEIRA | But you know how we got to do that though? |
| PINA, R | I'm already hip. |
| TEIXEIRA | That n***a, you have to be out, tell him give you 15 and give bro 15. |
| PINA, R | Naw, more than that, clean him [*the drug supplier*] out. Tell him to call, clean him out, CRYSTAL CLEAN! You know what I mean? |
| TEIXEIRA | It's going to be hard. |

| PINA, R | I'll talk to you later about that, but I ain't picking that n***a over him, that's for sure! [*Pina is not choosing the supplier over Barbosa, their drug dealing associate*] |
|---|---|

### October 1, 2019 - Firearm and Gun Seizure

On October 1, 2019, defendant Samael MATHIEU was stopped in a vehicle and arrested by Massachusetts State Police troopers in Taunton, MA in connection with a warrant for a probation violation.  Prior to the arrest, troopers observed a residence used by MATHIEU at 426 Washington Street, Taunton, MA.  Troopers observed an individual walk to the residence at 426 Washington Street with a brown paper bag while scanning the area in all directions.  The individual entered the residence.  He subsequently left without the paper bag after approximately 45 minutes. The troopers who observed this individual believed that his actions were consistent with a drug transaction.  Troopers thereafter observed a vehicle being driven from the location by a woman that also appeared to have MATHIEU as a passenger.  The vehicle was stopped and MATHIEU was arrested as the passenger. During the arrest, drugs (marijuana and pills) and approximately $2,000 in cash were recovered from MATHIEU's person. Two phones were recovered from the vehicle that were later searched pursuant to warrants and determined to be MATHIEU's phones.

The woman who was the driver of the vehicle also was the lessor of the Taunton residence used by MATHIEU.  Based on the stop, MSP troopers obtained a search warrant for the residence which was thereafter searched.  In a bedroom used by MATHIEU (who had taken this room from the woman who leased the residence and had a drug addiction problem), troopers recovered: (1) various other drugs (including fentanyl powder, pills, and suboxone); (2) two loaded handguns (a 9mm Smith & Wesson and a Glock style handgun with no serial number); (3) drug trafficking paraphernalia; and (4) personal documents of MATHIEU.  The fentanyl powder was confirmed through laboratory analysis and found to weigh 32.3 grams.

Search warrants were subsequently obtained for MATHIEU's two phones.  One of the phones was used by MATHIEU almost exclusively to conduct illegal activities.  Investigators identified several thousand text messages on the phone beginning in mid-June 2019 and continuing to the time of the arrest.  The vast majority of these electronic communications involved drug transactions taking place in several communities, including in communities on Cape Cod.  The drugs sold included fentanyl, cocaine, and cocaine base.  Based on a review of these phones, investigators identified approximately 360 grams of fentanyl being distributed over the period from mid-June to October 2019.  Other drugs were also distributed through these electronic communications.



The phone included text communications that identified that MATHIEU had at least two women who were working for him to deliver drugs.  These women were identified as ███ ████ ███████████ .  ██████████ was the young daughter of the woman who leased the residence used by MATHIEU.  At the time of these events, ████████ was 18 years old.  A cooperating witness confirmed that both women were involved in distributing drugs with MATHIEU managing/supervising their activities.  This management role by MATHIEU was confirmed through text messages in which he indicated that he was giving instructions to his

female associates.  The cooperating witness also identified that MATHIEU was being supplied with drugs including fentanyl by defendant Kelvin BARROS[13], along with other individuals including defendant Damian CORTEZ.  The cooperating witness further identified that MATHIEU had been distributing drugs, including fentanyl, from at least the summer of 2018 – a year earlier.  █████████' phone was searched and it confirmed: (1) BARROS was supplying drugs for sale by MATHIEU and his co-conspirators; (2) these drugs included blue fentanyl pills (which had the appearance of oxycodone pills); and (3) BARROS was fronting at least some of the drugs to the group.  These facts were also confirmed by the cooperating witness.

In addition, to the drug communications, there were a small number of communications consistent with the phone being used to arrange for prostitution dates.  Text messages recovered from █████████ phone were consistent with this prostitution taking place.  The cooperating witness also confirmed that MATHIEU was pimping out women – consistent with the text messages found on his phone.

## October 31, 2019 - Recovery of Drugs and Drug Proceeds

On or about October 28, 2019, defendant Michael BRANDAO and NOB member/associate Tyrone Meek were scheduled to begin trial on firearms charges in Boston Municipal Court. BPD officers present for security purposes observed that Meek was confronted by a rival gang member and other individuals. During the confrontation, which was escalating towards violence, BRANDAO was observed making phone calls from a cellular phone. Shortly thereafter, defendant Joshua TEIXEIRA, defendant David RODRIGUEZ, and another NOB member/associate, Eric Rodriguez, arrived at the courthouse and engaged in a physical confrontation with the rival gang members. TEIXEIRA was subsequently arrested for the affray.

Thereafter, per recorded jail calls, TEIXEIRA called NOB gang members/associates from jail (in coded calls) to recover marijuana, money and other contraband that TEIXEIRA had at his residence. In calls, TEIXEIRA identified defendant Michael BRANDAO as being responsible for getting the drugs and money out of TEIXEIRA's residence.

On October 31, 2019, law enforcement observed NOB gang members/associates, including BRANDAO, Anthony Depina, Anton Lopes, and Patrick Pina, going to TEIXEIRA's residence consistent with the jail calls that they were retrieving drugs and drug proceeds.  In recorded jail calls, BRANDAO (as well as other gang members) can be heard talking to TEIXEIRA from within TEIXEIRA's residence as they attempt to recover the contraband. Officers subsequently observed the various gang members leave the residence and speed away in different vehicles. Officers were able to stop some NOB gang members/associates, including BRANDAO, and recovered significant quantities of marijuana and cash.  Following the seizure, TEIXEIRA was recorded in a jail call complaining that he had lost marijuana and money to the police.

---

[13] In one of his text messages, MATHIEU notes that he is with "Kal" (BARROS) and "Shiz" (Sean Brown – who was arrested dealing drugs with BARROS in 2018).

### December 16, 2019 - Seizure of Fentanyl and Loaded Firearm

On December 16, 2019, officers executed a state search warrant for NOB member/associates Anton Lopes' Quincy, MA residence and recovered blue fentanyl pills, a loaded Glock 21 .45 pistol, approximately $3,000, ammunition, and other firearm accessories. The pistol had been modified to be fully automatic.

## 2020

### February 2, 2020 - Armed Robbery

On or about February 2, 2020, police responded to a shots fired report in Dorchester. Shortly thereafter, a victim ("A.C.") claimed that his vehicle, an Acura SUV, had been stolen by three or four males at the location of the shots fired and that two of the men brandished firearms while demanding his belongings.  A.C. stated that the suspects stole his three gold neck chains and iPhone.

In recorded jail calls, defendant Joseph GOMES admitted to being involved in the armed robbery of the vehicle. In one call with defendant Joshua TEIXEIRA on or about February 9, GOMES bragged about robbing the victim for his jewelry and his vehicle.  GOMES further stated that he had committed the robbery because of money owed to the gang.  In other jail calls, GOMES identified that he had pawned the victim's jewelry at a specific pawn shop in Boston. Video surveillance footage from the pawn shop from February 12 depicts GOMES, defendant David RODRIGUEZ, and another NOB member/associate entering and leaving the pawn shop as part of their pawning the stolen jewelry.  After defendant David RODRIGUEZ was arrested on state murder charges, he reached out to other NOB members/associates in jail calls to have them recover the evidence of the pawned jewelry at the pawn shop.

The Acura SUV is believed to have been used during the below-described February 8, 2020 murder and was subsequently recovered on or about February 11 after it had been set on fire.

### February 8, 2020 – Murder of A.B.

On or about February 8, 2020, A.B. was shot numerous times in front of his home in Brockton, transported to a hospital, and pronounced dead.  Based on the investigation (including security camera footage), the murder involved two vehicles that stopped in front of A.B.'s driveway.  A.B. was at his doorway when the shooting occurred.  One of the vehicle's carried two masked individuals who fired handguns at A.B. from the end of the driveway area (and hit the victim) before at least one of the shooters approached the victim and fired additional shots into the victim from close range.  Based on the investigation, the victim had been associated with violence committed by Cameron Street against NOB members/associates.

The first vehicle used in the murder was identified as the Acura SUV that was stolen during the February 2 armed robbery.  The Acura SUV was recovered in Brockton on or about February 11 after it had been set on fire.  The second vehicle was identified as a Honda Fit.  This

Honda Fit was subsequently seen being driven by defendant Damian CORTEZ and also being used by CORTEZ to commit arson of a Honda Accord believed to have been stolen by NOB members/associates.[14] On or about February 25, investigators observed Damian CORTEZ operating the Honda Fit, with a NOB member/associate as his passenger. The license plate affixed to the Honda Fit did not come back registered to the Honda Fit; rather, it belonged to the Acura SUV stolen on February 2, 2020 – the other vehicle used in the murder. Video surveillance footage showed that, on or about February 25, the Honda Fit was parked at a residence associated with CORTEZ in Randolph, MA.

On or about February 27, 2020, law enforcement observed the Honda Fit parked outside of defendant Michael BRANDAO's residence in Quincy. Law enforcement officers observed the Honda Fit start following a moving van to a nearby street and stopped the Honda Fit shortly thereafter, which was operated by an NOB member/associate, with NOB member/associate Tyrone Meek as passenger; another NOB member/associate was driving the moving van with defendant BRANDAO as passenger.

Following this murder and another murder with which defendant David Rodriguez is charged in Suffolk County, defendant Joseph GOMES discussed with an older Wendover/NOB associate (Gullit Gomes) the ongoing gang violence targeting the Cameron Street gang.

**Joseph GOMES:**
Ay yo, I don't know, ay yo listen my n***a, between me and you, I don't know if you've been watching, you know, if you've been watching TV, cartoon network, but you see what's goin' on with the characters in cartoon network man, you see, you see, you see the characters is droppin' like ... droppin' like … you know … ***them n***as is droppin' like flies***. Cartoon characters man. But you know, we watch TV all the time you know that ain't nothin in jail. [*GOMES is referring to the fact that two Cameron Street gang members/associates were shot and murdered in February 2020*]

**Gullit Gomes:**
Ay yo to be honest bro, or like, I'm just, n***a, I, I, I, I'm hip. Yo yo, mom dukes be puttin' me onto everything, I've been hip to my mom dukes man.

---

[14] On or about February 17, 2020, a male victim reported that he had left his 5-year-old daughter inside his silver Honda Accord while he ran into a nearby restaurant, and when he returned, the vehicle and his daughter were gone. Law enforcement found the child, unharmed, in Randolph MA; the silver Honda Accord was not located. Video surveillance footage from the area of the theft showed an individual, identified as an NOB member/associate, exit a gold Honda Accord identified by investigators as the vehicle regularly used by defendant David RODRIGUEZ and his brother Eric Rodriguez. Pole camera footage shortly before the vehicle theft, from the area of Eric Rodriguez's residence, showed David RODRIGUEZ, Michael BRANDAO, Tyrone Meek, and two other NOB members/associates get into the gold Honda Accord.

**Joseph GOMES:**

Ay yo, ay yo, you already know the vibes, but this is the crazy part … this is the crazy part, ay yo, ay yo, ay yo, listen to the crazy part though listen to the crazy part. "Thats life! We watch … we watch TV all day! That's life! I'm home now. It's … I don't gotta … you know... I don't … I don't … It's good! Bro! Listen my n***a, everything's all good, we livin' comfortable. ***Sooner than later, we gonna be able to walk up and down the street with slippers on our feet my n***a, we gonna make it comfortable around here.*** [*GOMES is referencing securing their territory and personal safety against Cameron Street through violence.  In this regard, the term "slippers" is a coded term for being unarmed.*]

**Gullit Gomes:**

Ay yo, ay yo, listen bro, listen bro. For the last ...what was it four years? I was on a bracelet for three of it!  When I came home my n***a I could enjoy five months of my life without a bracelet … no thang … and it was … it was a good five months until I caught this stupid ass case.

**Joseph GOMES:**

Yeah, we gonna make it...we gonna make it comfortable around here. We gonna walk around...we gonna walk all around....ay yo...ay yo...we gonna make it to the place where we walkin' all around the hood in slippers. [*GOMES is again referencing securing their territory against rival gangs*]

**Gullit Gomes:**

I wasn't worry about nothin' though. I wasn't worried about nothin dude, I made sure I was good every day n***a...I'm...I'm...I'm bendin … I'm bendin every corner I can possible n***a, n***a....it's a ghost town...n***a...I don't know how the fuck...n***a...ya'll...I don't know how the hell n***a...I don't know n***a." [*Gomes is noting that, when he was out of custody recently, he had problems locating rival targets, i.e., "it's a ghost town."*]

**Joseph GOMES:**

You gotta...you know...you gotta...you gotta swim.

**Gullit Gomes:**

I don't know them … I don't know them bro. [talking over Joseph] [*He has problems identifying the newer Cameron Street members/associates*]

**Joseph GOMES:**

You gotta swim...that's all it is. That's all it is you just gotta swim. If you swim...but that's all it is you gotta swim.

**Gullit Gomes:**

Listen listen listen...you're not listening...even if I'm out fishing bro...and I got my hook in the water my n***a...I'm not gonna catch that fish, cuz I don't know what these fishes look like bro. I don't know what these fishes look like bro. These are all new fishes bro. [Gomes is referencing targeting rivals and the problems he has identifying the new members/associates because Gomes was previously incarcerated]

**Joseph GOMES:**
Ay yo, ay yo, this is the thing....when you swim...so...when you swimmin'... and you tryin to breath while you swimmin', you could accidentally pass by...you could accidentally pass by a friendly fish …

**Gullit Gomes:**
Bro lemme tell you something, Bro lemme tell you something … you know how many times I passed by this n***a … listen listen listen … you're not listening … you know how many times I went by "Happy Feet" [ *"Happy Feet" is a reference to a Cameron Street gang member*][15] Bro? I never knew who the fuck he was my n***a.

**Joseph GOMES:**
You see? You see that's what I'm sayin'.

**Gullit Gomes:**
Until he hit me up with the fat n***a, the bitch black n***a, the fat n***a he was like n***a [unintelligable] I don't know who these n***as are, I don't know them n***a. I don't know them n***a bro. I was walking down that strip when I was home my n***a … walkin' down that strip twice a week when I was home my n***a. I don't know these n***as bro. I don't know em' bro.

**Joseph GOMES:**
Ay yo that's what I'm sayin. If you swimmin, and you accidently pass by a fish that looks friendly...this is the thing...shit...n***a *we livin' in the ocean my n***a so...n***a...any fish is food! Any fish!  Even if you think it's friendly, you eat that fish, because n***as is fuckin' sharks, with a bunch of mothafuckin' fish … we sharks n***a.  N***as ain't fish over here, n***a we sharks. So...any fish. We accidently bite a fish...and then when we bite a fish.*..you'll be like...no bullshit, I ain't even know this fish was gonna taste that good, this shit's smackin' my n***a!

**Gullit Gomes:**
Yeah...you could be a piranha...could be a piranha...go on and take a bite out of everything...or for a shark...could take a bite out of everything...but...same time...[unintelligable] n***a...if you bite the wrong thing...and then you...you don't make it back...next thing you know...

**Joseph GOMES:**
*Nahhhhh! You bite everything! We bitin' everything!*

**Gullit GOMES:**
Listen listen listen! Next thing you know you're a shark in a tank...a shark in a tank...for the wrong fish n***a … now you're a shark in a tank for biting the wrong fish n***a...and you're like damn...what the fuck was I thinkin n***a?  This is why I n***a....listen n***a...look at me n***a...I'm about to be 30 years old next year n***a...n***a [unintelligable] did in my life

---

[15] This individual was referenced in the rap and video *Die Homes* by defendant Michael BRANDAO who taunted and threatened "Happy Feet."

n***a, I made sure I did it right n***a! I did it right because I never wanted to be that shark in the tank for biting the wrong fish n***a. Did it right n***a.

**Joseph GOMES:**
Uh huh

**Gullit Gomes:**
But nowadays, you gotta just go and do what you just said … take a bite … take a bite out of any fish n***a … it's retarded.

**Joseph GOMES:**
Bite any fish … and when I'm in the ocean and I'm swimmin' … I ain't leavin the ocean … I ain't comin' up for air. I'm down there livin', I ain't comin' up forever … ever! You wanna … you wanna come to me [unintelligible] you gonna have to go down there and try to...cuz I'm not comin' up for air.

### February 19, 2020 - Seizure of Drugs, Proceeds, and Four Loaded Firearms

On or about February 9, 2020, federal and state search warrants were executed at the Dorchester residences of defendant David RODRIGUEZ (77 Alexander Street) and his brother, Eric Rodriguez (1 Oleander Street).  At David RODRIGUEZ's residence, officers recovered multiple bags of marijuana, drug trafficking paraphernalia, approximately $5,493, and loose pages containing information consistent with a drug ledger.  At Eric Rodriguez's residence, officers recovered four loaded handguns, 14 marijuana plants and other marijuana, drug trafficking paraphernalia, approximately $2,000, and a notebook with pages containing information consistent with a drug ledger.  The seized ledger pages included a reference to defendants Ricky PINA and Joshua TEIXEIRA.

### March 15, 2020 - Fentanyl Distribution

On or about March 15, 2020, Abington police observed CORTEZ, in a car, conduct a hand-to-hand exchange with a person known to officers as a drug user, who was stopped with a gram of fentanyl that he confirmed he had bought from the person in the car.

### April 28, 2020 - Brockton Fentanyl Seizure

On or about April 28, 2020, Brockton police observed a Chevy Malibu driving whose driver appeared to be using a cell phone on his lap, in violation of state law. Police attempted to stop the vehicle, but it sped away and struck a parked car.  They saw the driver get out and flee on foot.  The officers were unable to locate the driver.  Inside the Malibu, officers found a prescription pill bottle with defendant Damian CORTEZ's name and two cell phones.  Officers ran CORTEZ's name through a database and concluded, based on his driver's license photo, that he was the person they had seen exit the Malibu and flee.  The next day, a resident found a bag of powder, which testing revealed to be approximately 18 grams of fentanyl, in what would have been CORTEZ's flight path.

## April 29, 2020 - Marijuana Seizure

On or about April 29, 2020, the U.S. Postal Inspection Service intercepted and seized a package containing approximately 8 pounds of marijuana addressed to Anthony Pina, 19 Falmouth St., Attleboro, MA.  This address was rented by NOB member/associate Anthony "Ant" Depina.  At that time, NOB member/associate Damian CORTEZ was using the residence and, based on seized electronic communications from his phone, CORTEZ was distributing drugs from the residence.[16]  In a subsequent recorded jail call, defendant Joshua TEIXEIRA stated that the seized marijuana belonged to TEIXEIRA, Depina and NOB member/associate Patrick Pina and that the three had suffered a loss of $10,000 due to the seizure.

## May 2, 2020 - Shooting at TEIXEIRA's Residence

On May 1, 2020, a gang-related video titled "*Dead Opps. Pt. 3*" was released.  The two rappers on the song and in the video were defendants Michael BRANDAO and Kelvin BARROS.  The video also had the following NOB members/associates in it: defendants Darius BASS and Joseph GOMES, and NOB members/associates Delven Carvahlo-Centeio, Daniel Barbosa, Malik Hobson, and Tyrone Meek.  The video included open statements that they were members of the NOB gang as well as taunts targeting rivals, including Cameron Street.  In this regard, the video included an imbedded video of the victim A.L. (discussed above) being threatened and intimidated by NOB members Kelvin BARROS and Wilson GONCALVES-MENDES in a Massachusetts state courthouse.[17]  Defendant BRANDAO referred to A.L as "snitch boy" and threatened A.L.

The day after "*Dead Opps. Pt. 3*" was released, BRANDAO, TEIXEIRA, BASS, and Carvalho-Centeio were involved in a shooting at TEIXEIRA's residence at 152 East Cottage Street in Dorchester.  They were targeted by a lone gunman and, based on recovered evidence, BRANDAO shot back at the attacker.  Officers recovered two distinct groupings of spent cartridge cases of two different calibers (9mm and .40 caliber), indicative of two parties shooting at each other.  A witness reported seeing, after the shooting, a male run from the rear of 152 East Cottage Street and discard a black object in the area of the abutting property of 1281 Massachusetts Avenue.  In the alleyway between 1281 and 1279 Massachusetts Avenue, officers recovered a black 9mm pistol that matched the recovered 9mm casings.

Video footage from the area showed BRANDAO, TEIXEIRA, BASS, and Carvalho-Centeio congregating in the driveway when an unknown male approached and fired several

---

[16] As discussed in more detail below, on June 16, 2020, investigators seized over a kilogram of fentanyl from this residence in the form of fentanyl pills and powder.  They also seized a commercial pill press and drug trafficking paraphernalia.

[17] The nature of the intimidation video was confirmed in a later recorded jail call involving defendants Joshua TEIXEIRA and Ricky PINA in which they identified that it was BARROS and GONCALVES-MENDES who intimidated and threatened A.L for cooperating against NOB members/associates Joseph GOMES and Malik Hobson.

gunshots in their direction.  Per the video, BASS ran into the rear yard and a black object – a suspected firearm – fell out of his clothing, which bounced several times on a concrete path, finally landing on the grass.  BASS continued to flee and climbed over a fence into an adjacent yard. Carvalho-Centeio climbed over the rear fence. Per the video, BRANDAO ran into the rear yard shortly thereafter, holding a black object in his hand, stopped to pick up what appeared to be the suspected firearm dropped by BASS, and handed it to TEIXEIRA, who handed it back to BASS upon his return to the yard.

Additional video showed BRANDAO hand what appeared to be a black firearm he had been holding in his right hand over the fence to Carvalho-Centeio, who hid it under his sweatshirt and walked toward Massachusetts Avenue.  A short time later, Carvalho-Centeio returned, climbed back over the fence into the rear yard of 152 East Cottage Street, and ran down the driveway.  Video showed BASS drive away, with Carvalho-Centeio as his passenger.

## May 6-7, 2020 - Drug Trafficking Activity

In early May 2020, defendant Wilson GONCALVES-MENDES was on state court-ordered GPS and home confinement at his residence at 12 Clarence Street. On or about May 6, 2020, investigators surveilled activity consistent with a street-level drug transaction at 12 Clarence Street.  During a recorded jail call on or about May 7, GONCALVES-MENDES, using coded language, told defendant Ricky PINA that he had made $50,000 by trafficking controlled substances while on home confinement.  The two also discussed working together to deal drugs in the future.  A draft transcript of relevant parts of the recorded call follows:

> Mendes: … [Y]ou know how much I made already?
> Pina: How much?
> Mendes: Fifty (*This was translated*)
> Pina: How much? (*This was translated*)
> Mendes: Fifty! (*This was translated*)
> Pina: Fifty?
> Mendes: Yeah, you feel me?
> Pena: At the crib at that
> Mendes: At the crib
> Pina: ***N\*\*\*as ain't even doing that five years on the strip. Yeah n\*\*\*a that shits crazy. You gone be off the house arrest, you going to beat that case and me and you going to run it up***. Eating at Alves Market and shit
> Mendes: Hell yeah ….

## May 12, 2020 Residential Search Warrant Executions

On or about May 12, 2020, federal and state search warrants were executed at residences associated with of NOB members/associates, during which firearms and drugs were recovered:

- Michael BRANDAO

Officers executing search warrants at 72 Farrington Street recovered, among other items, a loaded Glock 9mm with an extended magazine, one round of .40 caliber ammunition, approximately $5,320, a digital scale, marijuana packaging, a black sweatshirt with "HSM," and Tyrone Meek's identification card.

- Joshua TEIXEIRA

    Officers executing search warrants at 152 East Cottage Street recovered, among other items, a digital scale, approximately $965, 1 round of 9mm ammunition, and marijuana.

## June 16, 2020 - Residential Search Warrant Executions

On or about June 16, 2020, federal and state search warrants were executed at residences associated with NOB members/associates, during which firearms and drugs were recovered:

- Moses Cabral

    Officers executing search warrants at 64 Baldwin Ave., Everett, recovered, among other items, approximately $6,000, marijuana, and clothing with gang insignia.

- Jahquel Christmas

    Officers executing search warrants at 263 East Cottage St., Apt. 2, Dorchester, recovered, among other items, a Glock 9mm pistol, 17 rounds of 9mm ammunition, and a black sweatshirt with "HSM."

- Damian CORTEZ

    Officers executing search warrants at 19 Falmouth St., Apt. 3, Attleboro, recovered, among other items, (1) over a kilogram of fentanyl (some of which was pressed into blue fentanyl pills), (2) a commercial pill press, (3) dyes for pills including dyes in a mail package addressed to 211 North St., Randolph, MA (CORTEZ's mother's address), (4) multiple digital scales, (5) personal documents belonging to CORTEZ, including documents with rap lyrics referencing NOB, prostitution, drugs, and violence.  For example, these lyrics include the following:

    a. "NOB try us n***a.  U getting buried."

    b. "Like Fredo N Kal fuck with mines [me] u abe a dead op [about to be a dead rival]."

    c. "Ya cuffin hoes.  I whipper [whip her] around.  Sex slaving them."

    d. "Selling p**** like pet store.  We really pimping."

33

e. "Me and my n****s is getting closer to millions every day. Drug dealing, trafficking sex and drugs.  Guns is on us. Fuck around yo gone."

- <u>Joseph GOMES</u>

    Officers executing search warrants at 34 Norton St., Apt. 1, Dorchester, recovered, among other items, clothing with gang insignia, a Smith & Wesson pistol, 6 rounds of ammunition, numerous notebooks, gang memorial photos, and album covers with gang insignia.

- <u>Wilson GONCALVES-MENDES</u>

    Officers executing search warrants at 12 Clarence St., Apt. 1, Brockton, recovered, among other items, a loaded Glock 9mm handgun, a bag of .40 caliber ammunition, approximately 50 grams of cocaine base, drug trafficking paraphernalia, a gang-related sweatshirt, sweatpants with a yellow stripe down the side, and BARROS' DMV permit.  From a cubby area in the basement stairwell of the building, officers recovered approximately 50 grams of fentanyl, drug trafficking paraphernalia, ammunition and firearms accessories, and from the basement area, a bag of .40 caliber ammunition from the basement

- <u>Devon Hamilton</u>

    Officers executing search warrants at 6 Brook Ave., Dorchester, recovered, among other items, two digital scales, 28 rounds of .40 caliber ammunition with a pistol magazine, approximately 2.6 grams of cocaine, a memorial pin of a murdered gang member, and clear plastic heat seal bags.

- <u>Patrick Pina</u>

    Officers executing search warrants at 617 Broad St., Apt. 40-12, Weymouth, recovered, among other items, approximately $9,800, marijuana, clothing with gang insignia including a black sweatshirt with "HSM," and a scale.

IV.   **<u>DEFENDANTS</u>**

**<u>Joseph GOMES (a/k/a "Joey")</u>**

GOMES is a well-documented NOB member/associate.  He has been repeatedly referenced as a member/associate in NOB rap videos and has also been arrested on numerous occasions with other members/associates.  In jail calls (both while he was incarcerated and while he was on the street), GOMES openly discussed NOB-related issues, including crimes. Similarly, in electronic messages recovered from defendant Darius BASS' phone, GOMES openly communicated about gang-related violence targeting the Cameron Street gang.

During the investigation, evidence was obtained which supported that GOMES conspired with other NOB members/associates to distribute marijuana. The distribution of marijuana (including high-end strains referred to as "Cali Bud") was one of the ways in which NOB members/associates made money. Documents consistent with drug ledgers were recovered from GOMES' residence on June 16, 2020. In these ledgers, GOMES noted marijuana weights and prices as well as individuals who owed him money. Per the ledgers, these individuals included NOB members/associates: Darius "Tre" BASS, Alidio "Ace" Barbosa and Joshua TEIXEIRA.

As noted above, GOMES also engaged in at least two armed robberies pursuant to his participation in the NOB racketeering conspiracy. These armed robberies took place on October 8, 2017 and February 2, 2020.

### Michael BRANDAO (a/k/a "G Fredo")

Defendant Michael BRANDAO has openly admitted to being a member of NOB in social media postings and various rap songs/videos. Similarly, in rap recordings/videos, BRANDAO's lyrics almost exclusively involve his repping NOB against rivals, bragging about the hyper-violent nature of the gang, and bragging about his role in the violence committed by NOB. BRANDAO openly admitted to his active participation in NOB through music and videos both as a juvenile and as an adult. BRANDAO has repeatedly claimed in his music and in videos that he has been involvement in gang-related shootings/murders and tied the gang-related violence to retaliation for members of NOB and Wendover being murdered by rivals. BRANDAO repeatedly reaffirmed his membership in the RICO conspiracy through multiple videos released as an adult. In these videos, he (1) reaffirms his membership in NOB and that he is an NOB shooter; (2) identifies that he has a leading role in violence and running the "hood" because of the incarceration of "OGs" (the older Wendover members/associates); and (3) threatens more shootings (as noted above, at least two murders took place after the release of the videos).

In his videos, BRANDAO refers to being in a "gang" and that he is on the "NOB side." He also refers to being on the "3 4 side" – again a reference to NOB. BRANDAO repeatedly flashes gang hand signs during his videos. His gang affiliation is made obvious in a 2019 video entitled *Die Homes*. This video references violence against the rival Homes Avenue gang and includes both a simulated shooting of an individual wearing Homes Avenue gear as well as that gear being lit on fire at the end of the video. In multiple 2019 and 2020 rap videos, after BRANDAO turned 18, BRANDAO reaffirmed his membership in NOB and affirmed that he would continue to commit murders and shootings on behalf of the gang. As to BRANDAO's claims that he has committed gang-related violence in his rap recordings and videos, investigators recovered notebooks used by BRANDAO's close associate defendant Joseph GOMES, which included various lyrics and other gang-related materials. In one of the notebooks, GOMES wrote "***my n\*\*\*a Fredo [BRANDAO] shooting n\*\*\*as then he rap about it****/ I used to be just like the boy now I move calculated*."

In the video for the rap *They Don't Know*, BRANDAO referenced the murders of NOB members/associates Justin Depina and Natalino Gomes. BRANDAO claimed that he and others got revenge for the murder of Gomes: "*Took my Big Brodie Nat know we had to get back lil n\*\*\*a got sent up to God*." BRANDAO further claimed in the song that he "*popped a couple*

n\*\*\*as made em feel the pain." The video for *They Don't Know* includes two staged murders. One of the staged murders has two individuals (hooded) slipping through an alley and then firing multiple shots into the victim, including standing over the victim and shooting. The video was publicly released on or about March 21, 2018. On February 3, 2018, J.C. (a 19-year-old male) was killed in front of his residence in Boston when two individuals (wearing hooded sweatshirts to obscure their faces) walked up and opened fire. Other people were present when this murder occurred. Per the investigation, the two shooters walked from the area of an adjacent alley before they started shooting. J.C. was shot multiple times. A witness observed the shooting before he/she ran from the area. The witness saw the two shooters walking from the alley area. The witness told investigators that he/she believed that they were wearing ski masks.

Prior to the murder, a vehicle (subsequently identified by investigators as a Chrysler Pacifica) was seen driving slowly past the group of people that included J.C. – consistent with setting up a drive-by shooting. In fact, per witnesses, the actions of the vehicle caused people present to become worried. A witness told BPD investigators that J.C. stated that one of the people in the vehicle was "G Fredo" – a street name for Michael BRANDAO. Per the witness, J.C. also stated the "kids" in the vehicle had "smoke" with J.C – "smoke" meaning a gang conflict.

Investigators collected various videos from the area and confirmed that the Chrysler Pacifica was driving through the area. Based on the videos, investigators were able to identify that, prior to the murder, two persons exited the Pacifica while at least one more person was driving the vehicle. They could not identify the individuals from the videos. The video evidence support that the two got back into the vehicle after the shooting and fled the area. Based on the investigation, the Pacifica was identified as a rental vehicle. The vehicle was rented by the mother of Ian Percival – a NOB member/associate. As discussed above, Percival was stopped less than two months later in a different vehicle (again rented under his name) with defendant BRANDAO, NOB member/associate Tyrone "TY" Meek and another NOB member/associate in circumstances consistent with the four going to do a shooting in Cameron Street gang territory.

### November 11, 2018 - Attempted Murder

As discussed above, the evidence establishes that BRANDAO participated in the November 11, 2018, attempted murder of J.S. in New Bedford. BRANDAO's fingerprints were recovered from items the vehicle used in the shooting along with the fingerprints of NOB member/associate Tyrone "TY" Meek and defendant Wilson GONCALVES-MENDES. The shooting involved two individuals exiting a vehicle in order to commit the attempted murder – a fact that was confirmed through a MSP trooper who observed the shooting. Given that two shooters were involved, it is likely that at least one other person was needed to act as the get-away driver. As noted above, on March 27, 2018, BPD gang investigators stopped BRANDAO and Meek after the vehicle in which they were passengers engaged in conduct consistent with an attempted drive-by shooting in Cameron Street gang territory. Two pistols were recovered pursuant to the stop and were found under circumstances consistent with BRANDAO and Meek being the shooters in the attempted drive-by. That incident occurred approximately eight months before the November shooting in which BRANDAO's and Meek's fingerprints were recovered from items in the vehicle used in the shooting.

### Drug Trafficking Activities – 2019 (as an adult)

As noted above, BRANDAO's involvement with NOB's racketeering activities, included activities while he was a juvenile, including the November 2018 attempted murder in New Bedford.  BRANDAO was also involved in gang-related drug trafficking as a juvenile.  Based on electronic communications seized from a phone used by defendant Ricky PINA, BRANDAO conspired with PINA and other individuals (including Tyrone Meek) to distribute drugs in 2016 and 2017.  Per these communications, PINA sourced the drugs which were then distributed by various individuals including BRANDAO and Meek.  Similarly, as noted above in the section dealing with the attempted murder of J.G. in 2018, electronic communications from J.G.'s phone established that NOB member/associate Jawwad Freeman was obtaining pills from J.G. for another individual for distribution.  The address for that individual coincided with BRANDAO's residence in Quincy.  Thus, the electronic communications support that Freeman and BRANDAO were obtaining controlled substances from J.G for redistribution.

### Recovery of Fentanyl Pills and Handgun – July 20, 2019

On July 20, 2019, BPD officers attempted to conduct a traffic stop of a vehicle with no front plate and heavy window tint.  The vehicle was identified as being registered to NOB member/associate Ricky PINA.  PINA's vehicle then accelerated beyond the speed limit and took numerous turns – looking to avoid law enforcement.  The officers were subsequently able to stop the vehicle.  Despite requesting that the windows of the vehicle be rolled down, the windows were kept up.  The officers then had to open the rear passenger seat and order that the windows be rolled down.  At that point they identified that Michael BRANDAO was in the passenger seat.  Based on well-documented security concerns as to the NOB gang in general and BRANDAO in particular, officers conducted a pat-search of PINA and BRANDAO as well as a search of the passenger compartment for security. Officers located a plastic bag with 9 blue fentanyl pills in a driver's side AC vent.  Below the pills officers found a Smith & Wesson, M&P Shield 2.0 pistol with an obliterated serial number.  The gun was loaded with 9 rounds of ammunition with one in the chamber.  The pills are consistent with the type of fentanyl pills distributed by NOB.

Following the arrest of PINA for the drugs and the gun, investigators identified that various NOB member/associates were involved in ensuring that PINA's drug trafficking operations continued.  In recorded jail calls, NOB members/associates discussed steps that needed to be taken to further PINA's drug trafficking activities.  One of the individuals identified as supporting PINA's activities was BRANDAO.  Along these lines, in one recorded call, BRANDAO was identified as dealing with at least one of PINA's drug customers.  In another call, on November 8, 2019, PINA discussed with BRANDAO the need for BRANDAO and Tyrone Meek to get a firearm belonging to PINA back from NOB member/associate Devon Hamilton.  During the call, BRANDAO assured PINA that the gun would be retrieved.  BRANDAO also told PINA: "… the other shit too, it's already cut up" – consistent with BRANDAO aiding in the distribution of controlled substances maintained by PINA.  PINA responded: "Naw, I'm already hip.  You can't put too much trust on these dumb n***as.  I know you and TY are smart enough."

### October 31, 2019 – Recovery of Drugs and Proceeds

Following the arrest of NOB member Joshua TEIXEIRA, TEIXEIRA called gang members from jail (in coded calls) to recover marijuana and other contraband that TEIXEIRA had at his residence.  Various NOB gang members/associates were observed by law enforcement going to TEIXEIRA's residence to remove the drugs, money and guns – BRANDAO was one of them.  In addition, in jail calls, BRANDAO (as well as other gang members) can be heard talking to TEIXEIRA from within TEIXEIRA's residence as they attempt to recover the contraband.  In fact, BRANDAO's street name "Fredo" is mentioned in the call and his voice has been identified by officers with experience dealing with BRANDAO.

Officers subsequently observed the various gang members leave the residence and then speed away in various vehicles.  Officers were able to stop some NOB gang members/associates, including BRANDAO.  The officers recovered significant quantities of marijuana (imported from California, which they call "Cali Bud") and cash from two gang members (each had approximately $2,000).  The seizures did not involve BRANDAO.  Following the seizure, TEIXEIRA was recorded in a jail call complaining that he had lost his marijuana to the police.

### May 12, 2020 – Recovery of Marijuana, Digital Scale, and Loaded Handgun

Following a gang-related shooting on May 2, 2020 (in which BRANDAO was identified as returning fire), a search warrant was executed at BRANDAO's residence.  Officers recovered: (1) a loaded handgun consistent with BRANDAO throwing it down a hiding place attached to his room; (2) six empty bags of what the gang termed "Cali Bud" (the expensive marijuana sold by the gang); (3) a digital scale; and (4) over $5,000 in cash.  BRANDAO was arrested on state charges and is presently being held.  Leading up to this seizure, investigators had also observed BRANDAO's gang associate Tyrone Meek engage in at least one act outside of BRANDAO's residence consistent with a street-level drug deal.

### Other Relevant Conduct as an Adult

### October 28, 2019 – Gang Affray at State Courthouse

On October 28, 2019, BRANDAO and Tyrone Meek were supposed to begin trial on firearms charges in Boston Municipal Court.  While in court, Meek was confronted by a D Street gang member and other individuals.  During the confrontation, which was escalating towards violence, BRANDAO was observed making phone calls from a cellular phone.  Shortly thereafter, Joshua TEIXEIRA, David RODRIGUEZ, and Eric Rodriguez, NOB gang members/associates, arrived at the courthouse and engaged in a confrontation with the rival gang members.

### Theft of Vehicle – February 18, 2020

Investigators have identified that BRANDAO was involved with other NOB members/associates (including defendant David RODRIGUEZ and Tyrone Meek) in the theft of

a vehicle from Dorchester on February 18, 2020.  A five-year-old girl was in the vehicle at the time that it was stolen.  As discussed above, vehicles stolen by NOB were used in violent crimes.  Investigators have video of five NOB members/associates (including BRANDAO) getting into a vehicle driven by RODRIGUEZ – the vehicle was seized from RODRIGUEZ's residence on February 19, 2020.  The vehicle drove to an area where an NOB member/associate leaves RODRIGUEZ's vehicle and gets into the vehicle (with the five-year old) after her father exited the vehicle to run into a shop.  The five-year-old was driven from the area and left at the side of a street in Randolph, MA – by herself with a cell phone.  The stolen vehicle was recovered on February 25, 2020, after it had been set on fire, in Abington, MA.

### Samael MATHIEU (a/k/a "Hamma" or "Hamma Thang")

MATHIEU has been in NOB gang-related videos with BARROS and BRANDAO.  In videos, MATHIEU has openly admitted to being part of NOB.  MATHIEU has a tattoo of "HSM" on his arm, and in a social media posting referred to the tattoo as being gang-related.  In videos, MATHIEU can be seen flashing the inverted "H" hand sign which is a NOB hand sign.  MATHIEU has been observed by various law enforcement agencies with NOB members/associates over a period of years leading up to his arrest in this case.  For example, MATHIEU has also been repeatedly observed by law enforcement at various locations on Cape Cod with NOB members/associates (including Kelvin BARROS, Delven Carvalho-Centeio, and Moses Cabral) leaving known locations for drug trafficking and prostitution.

#### Drug Trafficking

As noted above, on October 1, 2019, MATHIEU was arrested and over four thousand text messages were recovered from a mobile phone seized on the date of MATHIEU's arrest.  In these seized text messages, MATHIEU and his co-conspirators openly discuss dealing various drugs (including fentanyl, cocaine, cocaine base, heroin, suboxone and marijuana) in various cities in Southern Massachusetts as well as on Cape Cod.  The texts support that they were actively dealing on a daily basis.

As discussed above, based on all the circumstances, the weight of fentanyl distributed by MATHIEU exceeded 400 grams.  In this regard, per a review of the seized text messages from mid-June to October 1, 2019, *a period of less than four months*, MATHIEU conspired to distribute approximately 360 grams of fentanyl.  In addition, a bag of fentanyl was recovered from MATHIEU's room on October 1, 2019, which contained 32 grams of powder fentanyl.  Thus, these facts alone result in a total of 392 grams of fentanyl for which MATHIEU was responsible.  Per the cooperating witness, MATHIEU had been actively dealing drugs in that group since the summer of 2018 – a year before.

#### Sex Trafficking

In the seized text messages from MATHIEU's phone, there are text messages consistent with MATHIEU engaging as a pimp.  MATHIEU's involvement in prostitution has been confirmed through communications recovered from used by ███████ – one of MATHIEU's co-conspirators.  Similarly, the cooperating witness confirmed that MATHIEU was

acting as a pimp for multiple women and was keeping the money earned by these women. MATHIEU has also been observed by officers in various communities acting consistent with prostituting women (including accompanying women to known locations used for prostitution and appearing at proceedings for women charged with prostitution).[18]

### Other Relevant Conduct

On October 8, 2016, MATHIEU sent defendant Kelvin BARROS a text message: "*Like bro u kno what I jus did n u gon leave me out hea w no tone if dem n\*\*\*as find me n I get touched its on u.*"  In the first part of this communication, MATHIEU admitted to committing an act ("u kno what I jus did") that had left him open to violent retribution (getting "touched" by "dem n\*\*\*as") - consistent with committing a violent crime on behalf of NOB.  MATHIEU thereafter complained that BARROS has left him with no "tone" (firearm) to defend himself. The electronic communications support that BARROS thereafter armed MATHIEU so that MATHIEU could protect himself against retaliation.  On this point, two days later, on October 10, BARROS sent MATHIEU a message complaining that MATHIEU had not returned the firearm provided to him by Defendant: "*On dogs don't ask me for no blicks* ["blick" is common street slang for a gun] *u got me out here naked not answering the phone like a clown* …."

On October 15, 2016, defendant Kelvin BARROS sent the following text message to MATHIEU:

> *Yo on some rel shit if u wasn't tryna slide* [go with] *with n\*\*\*as* [other gang members] *u shoulda been said something on dogs that's some g\*y shit n\*\*\*a tf I don't force n\*\*\*as to spin bin* [commit shootings involving rival gang members/associates][19] *not everybody got it in them and I respect that but don't have me get u a ride then u jus bullshitt on some scary shit come on bro*

Per this message, BARROS arranged for MATHIEU to participate in a gang-related shooting. MATHIEU failed to follow through with the planned shooting – resulting in MATHIEU being castigated by Defendant for failing to commit the violence that Defendant expected.[20]

---

[18] This type of prostitution activity would qualify as a racketeering activity as it is a violation of 18 U.S.C. § 1952.

[19] In a different text message, MATHIEU explained that "spin da bin" means "Cum with me to dump on dem kids" – shoot at rival street gang members.

[20] Within less than a day of these communications, MATHIEU was present with other NOB gang members/associates on the campus of the University of Massachusetts Dartmouth when they engaged in a shooting with rival Cameron Street gang members/associates in a campus parking lot near student housing.  Based on recovered communications, the NOB member who shot at rival Cameron Street gang members/associates was Darius "Trigger Tre" BASS – Defendant's co-defendant.

On April 9, 2018, in Brockton, MA, investigators were surveilling MATHIEU. MATHIEU was observed getting into the front passenger seat of a vehicle. Massachusetts State Troopers attempted to stop the vehicle for a traffic violation. The vehicle fled. Troopers observed four men flee the vehicle. They also found a gun on the front passenger seat – MATHIEU's seat – a Smith & Wesson 9mm pistol (bearing serial number DXU4795) which was loaded. The firearm had been reported stolen. MATHIEU was subsequently caught. Delven Carvalho-Centeio and Daniel Barbosa were also apprehended – both have been identified as NOB members/associates. Carvalho-Centeio was the driver. The vehicle was registered to Briana Witherspoon, defendant Kelvin BARROS' girlfriend. She initially reported it stolen, and then recanted and stated that she may have loaned it to a friend. As set forth above, a vehicle registered to Witherspoon was used in at least one attempted murder associated with NOB members/associates.

On September 27, 2018, in Brockton, officers were called for a suspicious vehicle – the location where the vehicle was identified had been the location of recent shootings. Officers observed three people in a vehicle – two females in the front and MATHIEU in the back seat. MATHIEU began to act in an agitated and suspicious manner including refusing to properly respond to requests by officers to stop certain acts. Due to safety concerns, he was removed for a pat-frisk as there was a concern he had a firearm based on his actions. During the pat-frisk, MATHIEU continued to act suspiciously. The officer found what he believed to be illegal pills in MATHIEU's pants. As he was patting MATHIEU, the officer observed MATHIEU looking at the floorboard area of the back of the vehicle. The officer shined a light into the area where MATHIEU had been sitting and observed a handgun. He was then arrested. As MATHIEU was being arrested, his brother came on site. MATHIEU began yelling to his brother including "Bro, I'm fucked, I'm going to do at least 10 years." The firearm was a Glock, Model 19, 9mm pistol (bearing serial number ZN799US) with 13 rounds in it.

## Joshua TEIXEIRA (a/k/a "Trouble")

TEIXEIRA is a member of NOB. TEIXEIRA is in various NOB videos touting the violence committed by NOB. TEIXEIRA has been repeatedly observed with other NOB/Wendover members/associates. Along these lines, in August 2019, TEIXEIRA was present at defendant Michael BRANDAO's residence in Quincy, with several other NOB/Wendover gang members/associates, when a drive-by shooting occurred that resulted in the non-fatal shooting of two people at the residence.

As set forth above, TEIXEIRA has been involved in numerous gang-related crimes. For example, on October 28, 2019, TEIXEIRA responded to assist Michael BRANDAO and Tyrone Meek at Boston Municipal Court in a gang-related conflict. TEIXEIRA has been identified in multiple recorded jail calls discussing gang-related crimes, including (1) the robbery conspiracy with defendant Ricky PINA in September 2019 (as discussed above); (2) supporting Pina's drug trafficking activities in the fall of 2019; (3) ordering other NOB member/associates (including defendant Michael BRANDAO) to aid in his own drug trafficking activities after he was arrested in October 2019; (4) discussing with defendant Ricky PINA arranging for a gang-related assault of an individual who was in custody; and (5) discussing NOB members/associates financially supporting NOB member/associate David RODRIGUEZ after RODRIGUEZ was arrested and

charged in Suffolk County with the murder of a rival gang member/associate the spring of 2020 murder.

### The Attempted Murder

As discussed more fully above, on May 18, 2018, TEIXEIRA, NOB member/associate Anthony "Ant" Depina, and another NOB member/associate were involved in a shooting in Cameron Street gang territory. TEIXEIRA fired several rounds at a group of individuals who were congregating in the area and this same group also shot at TEIXEIRA and his cohorts. Ballistics recovered after the shooting showed two shooters in the group of people and TEIXEIRA firing a 9mm pistol – multiple shots were fired by TEIXEIRA. Both TEIXEIRA and Depina were wounded in this incident. No other injuries were reported. In a recorded jail call after the shooting between TEIXEIRA and defendant Joseph GOMES, GOMES noted that TEIXEIRA was going to trial in state court for a shooting in which TEIXEIRA did not hit anyone.

### Drug Trafficking

TEIXEIRA was also involved in gang-related drug trafficking. For example, following the arrest of Ricky PINA in July 2019, TEIXEIRA was involved in multiple recorded jail calls with PINA in which TEIXEIRA communicated with PINA about what steps needed to be taken to ensure that PINA's gang-related drug trafficking operation was maintained while PINA was in jail. In these calls, TEIXEIRA agreed to work with other NOB members/associates in various ways to ensure that PINA's operation continued. One example of TEIXEIRA's involvement in this can be seen in the September 2019 robbery conspiracy with PINA discussed above in which PINA and TEIXEIRA discussed robbing and retaliating against a drug supplier.

Not only did he support PINA's drug trafficking, TEIXEIRA was also actively involved in his own trafficking activities. As set forth above, following his arrest for the incident at the BMC, TEIXEIRA was recorded on jail calls directing his NOB associates (including defendant Michael BRANDAO) to go to his residence and retrieve contraband. BPD officers took up surveillance at TEIXEIRA's residence, and observed NOB members/associates Michael BRANDAO, Patrick Pina, Anton Lopes and Anthony Depina enter. A short time later, the group was observed exiting and entering several vehicles. The vehicles left the scene at a high rate of speed. Officers were able to stop BRANDAO, Depina, and Lopes, but Patrick Pina was able to run from officers, enter the residence, and secure the suspected contraband. Officers did recover several bags of different strains of the "Cali Bud" from the vehicle driven by Anthony Depina. After exiting TEIXEIRA's residence, Patrick Pina and Anthony Depina each had approximately $2000 in cash. TEIXEIRA was later informed of the incident and discussed the loss that had occurred. As another example of his drug trafficking, in recorded jail calls with NOB member/associate David RODRIGUEZ, TEIXEIRA stated that he had taken a significant loss in a deal involving himself, Anthony Depina and another NOB member/associate in April 2020. This loss involved the April 29, 2020. seizure by the USPS of a package that contained approximately eight pounds of marijuana that was being sent from the West Coast to an Attleboro apartment rented by NOB member/associate Anthony Depina. This same apartment

was the location where a kilogram of fentanyl, hundreds of fentanyl pills, and a commercial pill press were seized on June 16, 2020.

## ADDENDUM TO PRIOR STATEMENT OF FACTS

### IV.     DEFENDANTS

#### Wilson GONCALVES-MENDES (a/k/a "Dub")

GONCALVES-MENDES is a member of NOB who was involved in various gang-related crimes such as (1) at least three attempted murders (shootings) as set forth above; (2) gang-related drug trafficking; and (3) firearms trafficking.  GONCALVES-MENDES can be seen in NOB gang-related photos and videos flashing NOB gang signs.  In recovered electronic communications from cellular phones used by GONCALVES-MENDES, he engages various gang-related communications including (1) communications involving the distribution of drugs; (2) communications involving the supplying of firearms to NOB members/associates; and (3) the payment of funds into the accounts of incarcerated NOB members including Joshua TEIXEIRA, Michael BRANDAO, Delven Carvalho-Centeio, and Samael MATHIEU. In one recovered string of electronic communications, GONCALVES-MENDES was asked what the term "HSM" meant.  He responded that "HSM" stood for "Head Shot Mafia" – referring to the gang's reputation as being highly violent.

#### Violent Crimes

As set forth above, GONCALVES-MENDES was involved in three attempted murders/shootings in 2018.  These shootings involved other NOB members/associates including Kelvin BARROS and BRANDAO.

#### New Bedford Attempted Murder/Shootings

As set forth above, two shootings took place in New Bedford, MA, in July and November 2018.  Both GONCALVES-MENDES and BARROS have criminal ties to New Bedford. Investigators have identified electronic communications between a phone used by BARROS and GONCALVES-MENDES in which they discuss conducting illegal activities, such as drug trafficking, in New Bedford.  These communications include communications with a phone associated with J.S., the victim of the November 2018 shooting.  J.S. was involved in illegal activities with BARROS and GONCALVES-MENDES, as well as being identified as a New Bedford street gang member.

In the morning of November 19, 2018, three days prior to the shooting of J.S., BARROS and GONCALVES-MENDES had the following electronic exchange:

| | |
|---|---|
| BARROS: | Let's get to it today |
| GONCALVES: | Which one |
| BARROS: | Brodda let's jus go plot out idk |
| BARROS: | Let's figure this shit out |
| BARROS: | We gotta get this bag bro |

> GONCALVES:        Let's get the rapper
>
> GONCALVES:        That's mad easy brodda

Prior to this exchange, J.S. had sent GONCALVES-MENDES materials consistent with J.S. being a rapper.  Following these electronic communications, BARROS and GONCALVES-MENDES had multiple communications using FaceTime.

At approximately 2:52 p.m. that afternoon, GONCALVES-MENDES sent an electronic communication to BARROS: "Liar."  BARROS responded: "Bro I had to drop off Jorge his grandad died."  BARROS also communicated: "I didn't have this planned I'm On my way! To you now on everything."  At approximately 5:17 p.m., GONCALVES-MENDES replied: "Yea right."  The two then had communications with each other.  The next day, November 20, at approximately 10:20 a.m., GONCALVES-MENDES sent the following to BARROS: "Kode said wat happened."  "Kode" has been identified as Fernando Cabral, an incarcerated NOB member/associate.  GONCALVES-MENDES also sent: "Liar."  These communications are consistent with the NOB gang preparing to target J.S. on November 19, but the plans not coming to fruition.

As detailed above, three days later, J.S. was shot multiple times.  A Massachusetts State Police trooper witnessed two shooters using a grey vehicle.  The Trooper also noted that a second vehicle appeared to be acting in concert with the grey vehicle.  The grey vehicle was located shortly after the attempted murder with GONCALVES-MENDES' phone and forensic evidence tied to two other NOB members (defendant BRANDAO and Tyrone Meek) inside.  The vehicle belonged to BARROS' girlfriend Brianna Witherspoon.  All these facts are consistent with a planned, gang-related NOB shooting.

Further supporting the gang-related nature of the shooting, GONCALVES-MENDES' phone had numerous communications/contacts with other NOB members/associates leading up to the shooting, including contacts with:

(1) Defendant Michael BRANDAO;
(2) Defendant Joshua TEIXEIRA;
(3) Delven CARVALHO-CENTEIO; and
(4) Defendant Darius BASS.

Following the shooting, GONCALVES-MENDES' phone had additional communications/contacts with TEIXEIRA and Carvalho-Centeio.  At approximately 11:41 p.m., Carvalho-Centeio communicated: "Y'all n***as good?"  At approximately 12:29 a.m., TEIXEIRA communicated: "yo wya."

## Drug Trafficking

As set forth above, GONCALVES-MENDES admitted in a recorded jail call to Ricky PINA that GONCALVES-MENDES was actively trafficking controlled substances from his residence while on pretrial release.  GONCALVES-MENDES also sought to work with PINA (who was a significant drug dealer in NOB).  This admission was confirmed through the above-

noted seizures from GONCALVES-MENDES' residence in Brockton which included (1) substantial amounts of fentanyl and cocaine base; (2) a loaded pistol; and (3) drug trafficking paraphernalia.  In addition, investigators also seized defendant BARROS' drivers permit from GONCALVES-MENDES' room (where other trafficking evidence was also recovered) consistent with BARROS being involved with GONCALVES-MENDES in the drug trafficking. Not only did investigators recover BARROS' drivers permit in the room, in surveillance video from the area of GONCALVES-MENDES' residence taken shortly before the seizures, BARROS and GONCALVES-MENDES were observed in a transfer of currency outside of the residence – consistent with the two working together.

GONCALVES-MENDES' drug trafficking activities (including his working with BARROS and other NOB members/associates) were further confirmed through information on phones used by GONCALVES-MENDES.  In these phones, there were electronic communications about: (1) distributing drugs, including fentanyl pills made to appear like oxycodone pills (the types of pills distributed by the NOB gang and recovered at the apartment used by defendant Damian CORTEZ); (2) BARROS and GONCALVES-MENDES distributing drugs together; (3) GONCALVES-MENDES actively dealing drugs while on house arrest; and (4) other NOB members/associates working with GONCALVES-MENDES to distribute drugs. Along with the electronic communications recovered from the phones, investigators also recovered:

(1) An image of what appears to be cocaine or cocaine base on a scale sent during communications about a drug deal;

(2) A video of a bag of blue pills consistent with the fentanyl pills distributed by the NOB gang and recovered from the apartment used by defendant Damian CORTEZ; and

(3) Images of various strains of marijuana.

Electronic communications seized from GONCALVES-MENDES' phones included the following:

(1) On December 8, 2019, GONCALVES-MENDES sent an electronic message to Chris Mann (who was the "manager" of the gang's rap activities): "Get my drug from kal and bring it to me."  Mann responded: "Call kal and tell him before he leave his house I'm outside in the car."  Then GONCALVES-MENDES sent: "Did he gave to u." The next day, Mann responded: "Nooo."  Mann then sent the message: "N****a delete itttt bro" – referring to deleting the incriminating messages.

(2) On or about December 12, 2019, an individual referred to as "Ag" sent a text looking for "Kal fire" – "Kal" is BARROS' street name.  When GONCALVES-MENDES misinterpreted this term as a reference to BARROS' raps, "Ag" clarified: "Nah sum sour" – "sour" is a reference to a strain of marijuana.

(3) On December 12, 2019, an individual sent GONCALVES-MENDES a text seeking to obtain "lean" [an opioid cough medication that is abused] and referenced "kal" [BARROS' street name] as part of the deal.  The individual also texted: "And some percs too but legit tho" – this a reference to the fact that BARROS and GONCALVES-MENDES were distributing fentanyl pills that were manufactured to appear like oxycodone pills (i.e. "percs").  During the communication, GONCALVES-MENDES stated: "He's out state rn I got u" – referring to BARROS being unavailable and GONCALVES-MENDES being able to supply the drugs.

(4) On January 27, 2020, GONCALVES-MENDES sent BARROS: "Damian is on his way to my crib."  BARROS responded: "I'm on the way highway."  As set forth above, Damian CORTEZ was manufacturing blue fentanyl pills in a North Attleboro apartment which was rented by NOB member Anthony "Ant" Depina.  When investigators searched the apartment, they recovered bags of blue fentanyl pills packaged for sale, fentanyl powder, a commercial pill press and blue cutting agent.

(5) On April 6, 2020, BARROS communicated with GONCALVES-MENDES regarding marijuana to sell.  BARROS texted that its was "cheap" and "800 a p" – meaning $800 a pound.  GONCALVES-MENDES responded: "Cheap it's not can it sell."  On April 26, 2020, BARROS sent GONCALVES-MENDES a text: "My people bout to drop you off some bread–" "bread" is a reference to money. BARROS also complained that GONCALVES-MENDES had not been responding appropriately to BARROS.

(6) On May 7, 2020, GONCALVES-MENDES received text communications from an individual consistent with the sender seeking to be supplied with drugs.  GONCALVES-MENDES responded: "Dry dry" – that he was out of product.  The two then communicated as to when GONCALVES-MENDES would have more drugs.  On May 29, 2020, GONCALVES-MENDES send the same individual a picture of either cocaine or cocaine base on a scale and then engaged in communications regarding a price.  The two eventually agreed upon a price of $2,100 for the drugs.

(7) On June 6, 2020, a phone associated with Chris Mann sent GONCALVES-MENDES a text: "Imma drop off some of Kal's bread."

**Firearms Trafficking**

Based on both seized electronic communications from GONCALVES-MENDES' phone and recorded jail calls involving NOB members/associates, GONCALVES-MENDES was involved in firearms trafficking.  As an example, on January 7, 2020, an individual (who also purchased drugs from BARROS and GONCALVES-MENDES) sent: "I want that shitt you got bro."  He clarified that he was referring to a "pole" – slang for a gun.  He also noted that he wanted a "pole" with "the long clip too" – an extended magazine.  GONCALVES-MENDES

replied that he would try to find one to sell to the individual.  On January 21, the individual communicated: "Yoo I need a blick [gun] ASAP cause this bitch ass n***as every time they see They ask me if I am from norton [Norton Street is one of the streets in NOB territory]."  Thus, the individual was asking for a firearm based on ongoing gang tensions.  GONCALVES-MENDES replied: "… I'm tryn get u one."  The next day, GONCALVES-MENDES offered to loan the individual a gun that GONCALVES-MENDES had.  On May 7, 2020, GONCALVES-MENDES received electronic messages from an individual who claimed that he "got jumped" and that he "needs 1" – referring to a gun.  GONCALVES-MENDES responded: "I got a few coming in a couple days."  Similarly, on May 27, GONCALVES-MENDES had an electronic communication exchange in which he told a potential customer that he expected to receive multiple Glock handguns that he could sell.

GONCALVES-MENDES' firearms trafficking included providing guns to juvenile members/associates of NOB.  On May 8, 2020, Boston Police officers recovered a Glock handgun associated with a 16-year-old member/associate of NOB – the juvenile was the brother of NOB member Tyrone "TY" Meek.  The handgun had an obliterated serial number.  In recovered electronic communications, GONCALVES-MENDES admitted to providing the handgun to the juvenile.  Moreover, in a recorded jail call involving defendant PINA and another NOB member/associate, they discussed that Meek was upset that GONCALVES-MENDES had provided the gun to his younger brother.  As discussed above, forensic evidence from Tyrone Meek (along with forensic evidence from Michael BRANDAO) was found in the vehicle used by GONCALVES-MENDES in the attempted murder in New Bedford in November 2018.

### Kelvin BARROS (a/k/a "Kal")

BARROS was one of the leading figures in NOB.  Barros has "NOB" tattooed on his body as well as "HSM."  As noted above, "HSM" stands for the "Head Shot Mafia" – a reference to the violent nature of NOB.  BARROS, along with defendant Michael BRANDAO, was one of the leading rappers who promoted NOB.  Throughout several videos. BARROS bragged about the violence and drug trafficking in which he was engaged.  He openly admitted in at least one rap video that he was a member of NOB.  BARROS' use of rap videos to promote NOB and to boast of the gang's violence and drug trafficking continued after his charges in this case were unsealed and also while he was held in pretrial custody.  For example, in or around May 2022, BARROS publicly released a rap video (while being held pretrial in this case) which: (1) used multiple news reporting clips of the coverage of this case discussing the violent nature of NOB; (2) had BARROS rapping about dealing fentanyl – consistent with the government's case that BARROS was trafficking fentanyl with other NOB members/associates; and (3) had BARROS rapping about committing gang-related violence.

## Violent Crimes

As set forth above, BARROS was actively involved in at least one attempted murder/shooting in 2018.  For that shooting in Stoughton, MA, BARROS provided the vehicle which was used in the shooting. BARROS' active participation in gang-related violence is supported by incidents/communications leading up to the Stoughton attempted murder, as well as after it.

**October 2016**

Investigators have recovered electronic communications between NOB member/associate Samael MATHIEU and a phone number associated with BARROS.

On October 8, 2016, MATHIEU sent BARROS a text message: "*Like bro u kno what I jus did n u gon leave me out hea w no tone if dem n\*\*\*as find me n I get touched its on u.*" In the first part of this communication, MATHIEU admitted to committing an act ("u kno what I jus did") that had left him open to violent retribution (getting "touched" by "dem n\*\*\*as") – consistent with committing a violent crime on behalf of NOB. MATHIEU thereafter complained that BARROS has left him with no "tone" (firearm) to defend himself. The electronic communications support that BARROS thereafter armed MATHIEU so that MATHIEU could protect himself against retaliation. On this point, two days later, on October 10, BARROS sent MATHIEU a message complaining that MATHIEU had not returned the firearm provided to him by BARROS: "*On dogs don't ask me for no blicks* ["blick" is common street slang for a gun] *u got me out here naked not answering the phone like a clown* …."

On October 15, 2016, BARROS sent the following text message to MATHIEU:

*Yo on some rel shit if u wasn't tryna slide* [go with] *with n\*\*\*as* [other gang members] *u shoulda been said something on dogs that's some g\*y shit n\*\*\*a tf I don't force n\*\*\*as to spin bin* [commit shootings involving rival gang members/associates][1] *not everybody got it in them and I respect that but don't have me get u a ride then u jus bullshitt on some scary shit come on bro*

Per this message, BARROS arranged for MATHIEU to participate in a gang-related shooting. MATHIEU failed to follow through with the planned shooting – resulting in MATHIEU being castigated by BARROS for failing to commit the violence that BARROS expected.[2]

**November 2016**

On November 2, 2016, BARROS sent MATHIEU a text message complaining: "*Damn n\*\*\*a u forced it on dogs fukked up the mi* [the mission]*.*" MATHIEU: "*I ain't driving.*" BARROS replied: "*On dogs that shit jus got me tight* [angry] *n\*\*\*a tf we had the perfect drop* ["drop" is a common term for location of a target] *I been waiting for hours my n\*\*\*a u shoulda jus told me tf.*" The two then argued through messages about MATHIEU's failure to bring a vehicle for BARROS. Later in the text exchange, BARROS wrote: "*Had me waiting all day to spin* [commit a shooting] *for no reason.*" BARROS followed with: "*N\*\*\*as is weak af on my*

---

[1] In a different text message, MATHIEU explained that "spin da bin" means "Cum with me to dump on dem kids" – shoot at rival street gang members.

[2] Within less than a day of these communications, MATHIEU was present with other NOB gang members/associates on the campus of the University of Massachusetts Dartmouth when they engaged in a shooting with rival Cameron Street gang members/associates in a campus parking lot near student housing. Based on recovered communications, the NOB member who shot at rival Cameron Street gang members/associates was Darius "Trigger Tre" BASS.

*dead mans that was some straight BITCH shit"* and *"That jus let me know n\*\*\*as aint for that on dead dogs bro don't bring n\*\*\*\*as around me I do this shit forreal n\*\*\*as is bitch."*

In this exchange, BARROS complained that MATHIEU (and others) had caused a "mi" – meaning a "mission" – to go wrong. "Mission" is a common term used by street gangs to denote violence and usually armed attacks. BARROS made clear that a gang-related shooting was planned, and ready to be executed. BARROS complained that MATHIEU had kept BARROS "waiting all day to spin [commit a shooting]" and that BARROS "had the perfect drop" – BARROS had found the location of the target for the shooting. Thus, in this text exchange, BARROS admits that he had planned and conspired to commit a murder and that the plan had been thwarted by the failure of MATHIEU and others to bring a vehicle to do the shooting. As set forth below, in a similar situation, BARROS was involved in getting a stolen vehicle for a NOB gang-related attempted murder in 2018.

As noted above, BARROS has made several rap recordings and videos in which he openly brags about (1) being in the NOB gang; (2) committing shootings against rivals for the gang; and (3) distributing drugs including cocaine and fentanyl. MATHIEU has been involved in BARROS's videos as well as making similar ones himself. In various pleadings in this case, BARROS has argued that these gang-related rap recordings/videos should be considered as "art" and not be considered true. Yet, in the above text messages, BARROS derides MATHIEU for not being committed enough to gang violence and, as a counterpoint, BARROS states: "… ***I do this shit forreal*** …."

### January 2017

On January 25, 2017, BARROS, while in state custody, was recorded in a jail call to an NOB member/associate who had been shot approximately two months before the call. The same individual was shot and killed shortly after this call with BARROS. Following the murder, NOB members/associates engaged in communications in which they discussed the murder being related to the ongoing conflict with the Cameron Street gang. In recorded jail calls, NOB members/associates discussed "playing ball" and using "sneakers" in retaliation for the murder – these are coded terms (as the jail calls were recorded) which refer to committing a shooting ("playing ball") and using a firearm (a "sneaker"). The murder of the NOB member/associate has also been repeatedly mentioned in NOB rap songs and videos (including those involving BARROS) as being a reason for retaliatory violence, including murders, by NOB.

During the recorded call, the individual informed BARROS that the prior shooting targeting the individual was causing him psychological issues. BARROS responded: *"N\*\*\*a I'm gonna be home real soon we bout to go play ball."* Thus, BARROS affirmed that they would shoot the individuals responsible for the attack on the individual once BARROS was released from custody.

Later in the call, the following exchange took place:

BARROS:  Yeah we'll talk about this when I get home cuz I don't want to talk on the phone a lot [the call was being recorded by the facility].

Individual:     Nah I feel you … I feel you … I feel you.

BARROS:        When it comes to them dudes … you know those girls … girls … that's nothing
               my n***a, when we get home, we take em out for a dance my n***a … we take
               em to the movies … we go watch a movie with them.

Individual:     Of course … of course!  That's the last of my worries, I'm on them my damn self.

BARROS:        I'm just letting you know … if that's one of your worries n***a, it's alright, when
               I come home we'll go on a double date … take these bitches out … to the movies.

### **Drug Trafficking**

As set forth above, BARROS was involved in the trafficking of various types of drugs with numerous members/associates in the NOB gang, including GONCALVES-MENDES and MATHIEU.  Another example of BARROS' gang-related drug trafficking with NOB members/associates can be seen in recorded jail calls involving defendant Ricky PINA in 2019 after PINA was arrested with fentanyl pills and a loaded handgun in Boston.  While PINA was incarcerated, he identified various individuals who would support his drug trafficking operations during his carceral term.  One of those individuals was BARROS.

BARROS was involved in the distribution of various controlled substances, such as cocaine, marijuana and fentanyl (including fentanyl pills).  One cooperating witness who had exposure to the drug trafficking conducted by Samael MATHIEU has provided the following information:

o   MATHIEU was being supplied with fentanyl by BARROS.  The fentanyl was
    both in powder and pill form.  The pills were blue and made to appear as if
    they were oxycodone pills.

o   The blue fentanyl pills provided by BARROS were manufactured by
    defendant Damian CORTEZ.

o   After MATHIEU was arrested in October 2019, his runners continued to
    distribute drugs on his behalf.  Per the cooperating witness, they received at
    least 5,000 fentanyl pills from BARROS in various deliveries following
    MATHIEU's October 2019 arrest.

As noted above, ███████, one of MATHIEU's runners, consented to have her phone searched.  In the phone, there were text messages that included:

o   A message in which she informs a friend that she is obtaining "blue pills"
    from "Kal" (BARROS) and that they were "fetti" – fentanyl pills; thus
    confirming the cooperating witness' information that BARROS was
    trafficking in fentanyl pills which were manufactured to appear as oxycodone
    pills.

- A message between ███ and MATHIEU in which ███ tells MATHIEU that she has to bring money to "Kal" (BARROS) – thus confirming that BARROS was supplying their group with drugs.

A second cooperating witness provided the following information:

- The second cooperating witness was dealing drugs that he obtained from various NOB members/associates.

- The second cooperating witness purchased fentanyl powder, marijuana and high-end marijuana from BARROS. He also purchased what he termed were "Perc 30s" – these are consistent with the blue fentanyl pills manufactured by CORTEZ and distributed by the NOB gang.

- The second cooperating witness purchased a "couple hundred" fentanyl pills from CORTEZ. He also purchased marijuana and fentanyl powder from CORTEZ.

As further evidence of BARROS' drug trafficking, BARROS bragged in various gang-related rap videos about his drug trafficking activities. As an example, after his case was unsealed, in or about late June 2020, BARROS released a rap video named "RICO" – the lead charge in this case. In the video, BARROS again boasts about the violence committed by him and his associates. He also raps about his progression in drug trafficking from cocaine to fentanyl sales. The lyrics of RICO are:

***Chorus:***

*I got beef so I always keep a blick* [gun] *by my side*

*Road runners, so I make her stash the work in her thighs*

*[She] went through pain, I could always see the hurt in her eyes*

*I'm poppin perkies every day just to keep me alive*

*We started off on the block making coke sales*

*But then we leveled up and started making dope deals*

*What you know about ten to one synthetic dope meals n\*\*\*a?*

*I was locked up in a cage, know how that hole feel n\*\*\*a*


I don't dead no beef

I had a choice n\*\*\*a, I chose the streets

I almost died, I should have been deceased

Silent conversations got them listening, we try not to speak

Four bodies in a month, bitch what you know about 50 bands a week?

I leave the phone at the crib when I slide, n***a

I'm going in for the kill when I ride, n***a

You know you fucked up when you left me alive

But go ahead and tell them fuck boys who I did when I die, n***a

I done gave em' hella reasons why to not like me

And I can give em' hella reasons why they [are] not like me

And it don't matter if I do it, I'll have my shotta do it

Either way I bet he make it to the trauma unit

A lot changes when you spill blood

I done lost a lot of n***as, the fuck is real love?

How [are] you snitching to the cops if you ain't seen me do it?

Now they got me as a suspect, trying to lead me to it

*Chorus:*

*I got beef so I always keep a blick by my side*

*Road runners, so I make her stash the work in her thighs*

*[She] went through pain, I could always see the hurt in her eyes*

*I'm poppin perkies every day just to keep me alive*

*We started off on the block making coke sales*

*But then we leveled up and started making dope deals*

*What you know about ten to one synthetic dope meals n***a?*

*I was locked up in a cage, know how that hole feel n***a*

**Last verse:**

Get the pack from the plug

Got it flippin, movin fast

If them coppers get behind you, they might kill you, do the dash

And it's crazy if they catch you with that shit then it's your ass

But what you know about selling fentanyl, ten to one bro, do the math

I ain't worried about no beef

Cuz they know the time we [are] on

Spin their block and bust a U-ie, then I tell bro, "reload"

I'm worried about the feds, cuz they're hittin us with the RICO

I'm worried about them n***as that ain't gonna stick to the G code.


     BARROS' criminal history is consistent with his first dealing in cocaine (he was arrested in 2018 with a distributable amount of powder cocaine) and then being involved in trafficking significant quantities of fentanyl, including the fentanyl pills sold by the gang.  Thus, through this rap video, BARROS admitted to and bragged about his drug dealing, particularly his fentanyl trafficking, after he had been charged in this case.

### Darius Bass (a/k/a "Tre" or "Trigga Tre")

     BASS was a violent member/associate of NOB.  In seized images recovered from his phone, BASS can be seen brandishing firearms while other NOB members/associates are flashing gang hand signs.  BASS himself can also be seen in images flashing gang hand signs.  In the same vein, investigators recovered a video of defendant Joshua TEIXEIRA driving a vehicle in which BASS was in the back seat flashing gang hand signs while NOB member/associate Anthony "Ant" Depina displayed two handguns in the front passenger seat.[3]  While investigators recovered recorded jails calls and other evidence consistent with BASS being involved in drug trafficking (particularly marijuana), BASS was heavily involved in gang-related violence and provoking gang-related violence.

     As set forth above, BASS was involved in two gang-related attempted murders/shootings in October 2016 and January 2017.  In seized electronic communications from BASS' phone, investigators identified group text message chains in which BASS and other associates discussed ongoing violence involving the Cameron Street gang.  These communications took place in the months leading up to both shootings – the phone (from which these communications were recovered) was seized the day after the January 2017 shooting.  As an example, on November 9, 2016 (after the shooting at UMass Dartmouth and before the January 2017 shooting in Randolph), BASS sent the following communication to the group: "My cousin hit up kal [NOB member Kelvin BARROS] threaten him saying he looking for him, I guess he on his. Cam shit to, green light."  BASS was communicating that his "cousin," who apparently was aligned with

---

[3] In communications seized from BASS' phone, BASS used Anthony "Ant" Depina as a source for firearms.  For example, on September 4, 2016, BASS communicated with Depina that BASS had money and was seeking firearms from Depina through Depina's cousin.  Depina responded that he was with his cousin.  BASS communicated: "Tell him wassup wit a glizzy 23 [Glock 23 pistol] or 18 [Glock 18 pistol] bro pleaseeeee lol."  Depina relied: "Those he gotta buy off people up there" – his cousin would need to buy the Glock pistols from certain people.

the Cameron gang, had threatened BARROS and thus was being "green lit" by BASS – identified as being a target for gang violence.

### Prior Incident Involving Cameron Gang Member/Associate Danilo Depina

In regard to the attempted murder of Danilo Depina, investigators recovered electronic communications from a phone used by BASS in which BASS and his associates discuss an ongoing issue with Danilo Depina in the months leading up to the January 1, 2017 attempted murder of Depina in Randolph. These communications discuss ongoing social media communications between NOB members/associates and Cameron (including Danilo Depina) in which both sides threatened each other.

Pursuant to this ongoing conflict, BASS was involved in targeting Danilo Depina on November 26, 2016. In the evening of November 26, 2016, there were electronic communications involving BASS and others in which they discussed going to Rhode Island to locate Danilo Depina and possible other Cameron street gang members/associates at a club to commit a shooting. In one communication, BASS communicated with NOB member Delven Carvalho-Centeio: "Ask kal [Kelvin BARROS] if we can spin [commit a shooting] wit his shit an he take Jay's" "Cause his [BARROS'] hold more lol." BASS was seeking to obtain a gun from BARROS for the shooting because BARROS' firearm held more rounds of ammunition than the one to which BASS had access. In later communications, a member of BASS' group discussed that "Mad Dboys [police officers] are gonna be here inside [referring to the club in Rhode Island] and outside, and Gang unit from Boston are gonna be here" and "It's gonna be hot." The individual was stating that the club would have a police presence, including gang officers, because of the ongoing gang conflict. BASS responded: "I'm already we waiting till after, we gon just trail n***as after." The member sent a follow-up communication: "Ight imma let y'all know who's here [at the club in Rhode Island] and what V [vehicle] they in bro we gon set this shit up for a smack bro …" The person then updated the group: "Some of they just pulled up." BASS asked: "Ight brow word, is the older there?" The person responded: "Havent seen yet." BASS replied: "Ight cool lmk asap."

Gang investigators were monitoring the potential violence and took steps to prevent it. A vehicle in which BASS and Marcos Silveira (who has been tied to the January 2017 shooting) were passengers was stopped by Rhode Island officers in the early morning of November 27. The officers seized a .357 caliber Smith & Wesson handgun from the vehicle – the handgun was hidden in the roof area of the vehicle. Other officers stopped a different vehicle in which Danilo Depina was a passenger. A pistol was recovered from that vehicle also.

On November 30, BASS exchanged electronic communications with defendant Ricky PINA involving the seized .357 caliber handgun:

| PINA: | Justin need that [referring to the seized handgun] |
| --- | --- |
| BASS: | [BASS sent PINA a link for a news story on the November 27 stop and seizure in Rhode Island] |
| BASS: | Losttt |

PINA:          Huh?

BASS then communicated that he would contact PINA by FaceTime.  In this exchange, PINA was attempting to get the .357 caliber handgun returned and BASS had to admit that the handgun had been seized in Rhode Island during the November 27 stop when BASS and his associates were targeting Danilo Depina.

BASS and other NOB members/associates continued to denigrate Cameron Street gang members/associates following the November 27 incident – including taunting Cameron Street members about the murder of ███████████ (known as "Bunz") in September 2016.  These taunts were reciprocated by Cameron Street gang members (including Danilo Depina).  The ongoing back and forth resulted in multiple acts of violence.

As an example, on December 13, 2016, approximately two weeks after the Rhode Island incident, per information recovered from BASS' phone, defendant Ricky PINA posted the following statement on Twitter: "smoking bunz bitch we ain't smoking no pasto or no fucking tooka!!"  "[S]moking bunz" was a taunt based on the gang-related murder of ██████.  BASS retweeted this statement – thus also taunting the Cameron Street gang with the murder of ██████.  BASS also sent a group communication that PINA was "reckless" based on the tweet.

PINA posted the derogatory tweet at approximately 8:37 in the morning.  At approximately 11:09 that same morning, BASS communicated to a group of associates that Danilo Depina "just said that he can't wait to kill my ass."  At approximately 11:16, BASS communicated with Danilo Depina: "Tell weezy [the street name for another Cameron gang member/associate] bitch ass pop out."  BASS was challenging Cameron gang members/associates to show themselves in public in order to face possible attack.  Shortly thereafter, Marcos Silveira (the person arrested with BASS after the January 1, 2017, shooting) communicated: "I was like a drop bitch [referring to Danilo Depina] I'll be back in your city in a month pussy."  Silveira was threatening Danilo Depina that Silveira would be in Depina's city in a month – at that time, Silveira was out of the country.  Approximately 5 minutes later, BASS communicated to the group: "He [Danilo Depina] said we lucky we got bagg that night" – referring to the November 27 arrest involving BASS and Silveira with the .357 caliber pistol in the vehicle.  BASS further communicated: "He [Depina] said y'all had 1 357."

Approximately an hour later, a group text was sent to BASS and others: "Somebody see if fredo [Michael BRANDAO] ricky [PINA] or these n***as ace [NOB member Alidio Barbosa] good someone just got hit [shot] near my sis crib …"  In fact, PINA and an associate were both shot and wounded.  Following the shooting involving PINA, in BASS' group chain, BASS communicated: "Hear it was ceddy wap [the street name for a Cameron gang member]."  Approximately an hour later, in the same group, one of the members communicated: "Cause I seen fredo post him on snap [SnapChat] earlier" and "He wants a piece of ceddy" – BRANDAO was threatening to shoot the Cameron gang member in retaliation for the PINA shooting.  At approximately 5:33 p.m., BASS electronically communicated with BRANDAO: "Wyd." BRANDAO responded: "shit wtw you know what i'm tryna do."

On December 14, 2016, BASS communicated: "T [Danilo Depina] hmu [hit me up] asking how my people doing lol." Depina was taunting BASS and other NOB members/associates with the shooting of PINA. BASS thereafter communicated: "I said they doing better then Bunz lol" – referring to the recent murder of a Cameron gang member/associate by NOB.

### January 1, 2017 Shooting Involving Depina in Randolph

The facts related to BASS's involvement in the 2017 shooting/attempted murder of Cameron gang member Danilo Depina are set forth above. This shooting took place less than 21 days after the PINA shooting.

As noted above, the shooting took place at approximately 9:20 p.m. There were multiple instances of BASS communicating, or attempting to communicate, with NOB members and associates leading up to the attempted murder and following the attempted murder. A number of these communications involved Ricky PINA. Some of the communications leading up to the shooting time included:

- At approximately 5:26 p.m., after two prior missed connections, BASS and PINA had a 17-second FaceTime communication;
- At approximately 5:39 p.m., after a prior missed connection, BASS and PINA had a 39-second FaceTime communication;
- At approximately 5:55 p.m., PINA contacted BASS on FaceTime and had a 26-second communication;
- At approximately 5:55 p.m., PINA again contacted BASS and had a 24-second communication;
- At approximately 6:11 p.m., BASS contacted NOB member Delven Carvalho-Centeio on FaceTime and had a 2:53-minute communication;
- At approximately 6:14 p.m., BASS contacted NOB member Malik Hobson on FaceTime and had a 9:29-minute communication;
- At approximately 6:24 p.m., PINA contacted BASS on FaceTime and had a 13-second communication;
- At approximately 6:33 p.m., BASS contacted PINA on FaceTime and had a 29-second communication;
- At approximately 6:35 p.m., PINA contacted BASS on FaceTime and had a 18-second communication;
- BASS thereafter had 3 more short FaceTime communications with Hobson and 2 with Carvalho-Centeio between 6:51 p.m. and 7:03 p.m.;
- At approximately 7:45 p.m., BASS again attempted to contact PINA through FaceTime but failed;
- Approximately a minute later, BASS contacted NOB member Anthony Depina by FaceTime and had approximately a minute-long communication.

Shortly after the approximate time of the shooting at 9:20 p.m., BASS again engaged in multiple communications with NOB members/associates including:

- At approximately 9:26 p.m., Carvalho-Centeio connected with BASS through FaceTime and had communications that lasted for 51 seconds;
- At approximately 9:30 p.m., Carvalho-Centeio connected with BASS through FaceTime and had communications that lasted for 11 seconds;
- At approximately 9:39 p.m., BASS tried to connect with Carvalho-Centeio through FaceTime but was unsuccessful;
- At approximately 9:46 p.m., BASS contacted PINA on FaceTime and had a 4:16-minute communication;
- At approximately 9:46 p.m., BASS contacted PINA on FaceTime and had a 4:16-minute communication;
- At approximately 9:55 p.m., BASS contacted PINA on FaceTime and had a 31-sec communication;
- At approximately 10 p.m., BASS tried to connect with Carvalho-Centeio through FaceTime but was unsuccessful;
- At approximately 10:17 p.m., BASS contacted PINA on FaceTime and had a 30-sec communication;
- At approximately 10:32 p.m., BASS contacted PINA on FaceTime and had a 11-sec communication;
- At approximately 10:36 p.m., NOB member Alidio "Ace" Barbosa connected with BASS through FaceTime and had communications that lasted for 23 seconds;
- At approximately 10:38 p.m., BASS contacted PINA on FaceTime and had a 7-sec communication;
- At approximately 10:59 p.m., Alidio "Ace" Barbosa connected with BASS through FaceTime and had communications that lasted for 29 seconds;
- At approximately 10:59 p.m., BASS attempted to contact NOB member Malik Hobson twice on FaceTime but was unsuccessful.

As noted above, BASS's location data put him in the area where evidence of the shooting had been dropped at approximately 11:30 p.m. BASS had more contacts with NOB members/associates, including PINA, after this return to the scene of the shooting:

- At approximately 11:46 p.m., BASS attempted to contacted PINA on FaceTime but was unsuccessful;
- At approximately 11:47 p.m., BASS contacted Alidio "Ace" Barbosa on FaceTime and had a 31-sec communication;
- At approximately 12:16 a.m., Barbosa contacted BASS on FaceTime and had a 51-sec communication;
- At approximately 2:36 a.m., BASS attempted to contacted Malik Hobson on FaceTime but was unsuccessful.

Finally, as noted above, in the morning of January 2, 2017, BASS and Marcos Silveira were stopped in Randolph at the yard where the evidence of the shooting was dropped the previous evening. BASS and Silveira were encountered at approximately 8:11 a.m. by Randolph police officers. From 9:22 a.m. through 10:24 a.m., PINA attempted to contact BASS four times through FaceTime. PINA thereafter tried another three times to contact BASS through FaceTime through 2:53 p.m.

### Ricky Pina (a/k/a "Blake")

PINA was one of the leading figures in NOB.  PINA was involved in various gang-related violent crimes as well as drug trafficking.  Based on recovered electronic communications from defendant BASS' phone, PINA was actively involved in driving violence against the Cameron Street gang through social media postings.  In fact, as noted above, PINA was shot on December 13, 2016, after engaging in such conduct.  Similarly, PINA was involved in NOB gang-related rap videos in which NOB violence was touted in contrast with rival gangs.  PINA was also personally involved in gang-related violence as discussed herein.  Based on recorded jail calls, PINA had an extensive drug distribution network that involved several other NOB members/associates.  In this regard, when PINA was arrested in July 2019, several NOB members/associates were identified as supporting PINA's drug trafficking through recorded jail calls in which PINA instructed various individuals as to ongoing commission of drug trafficking crimes during his incarceration.

**Violent Crimes**

As noted above, PINA was involved in multiple violent crimes, including the murder of A.P.  Along these lines, a number of these crimes took place after PINA was shot and wounded on December 13, 2016, during the conflict between NOB and the Cameron gang.  During this same time period, there were numerous violent acts committed by each of the groups, including multiple shootings.

### September 5, 2017, Murder of A.P.

As discussed in more detail above, evidence supports that PINA was involved in the murder of victim A.P. on September 5, 2017, at a barbershop in Dorchester.  In this regard, a little more than an hour before the shooting/murder, PINA's location near the barbershop was identified through GPS monitoring as PINA was wearing a GPS monitoring device.  Following the initial identification of PINA's location, per the GPS monitoring data, PINA engaged in further activities consistent with his acting as the lookout for the murder as he repeatedly traveled past the barbershop before then going to residences of NOB members (including defendant Michael BRANDAO), consistent with PINA meeting with gang members to plan the murder.  PINA's last surveillance pass by the barbershop was within approximately 10 minutes of the murder.

The day after the murder of A.P., a memorial was conducted for A.P.  J.G., who was at the memorial and sitting in a vehicle with another person, was shot and killed.  J.G. used the street name "Bullet."  After the murder of J.G., NOB gang-related rap videos referenced the murder as being done by NOB, including defendant Michael BRANDAO bragging that they "smoked Bullet's bitch ass" in the video/song titled "Die Homes"[4] – PINA was one of the NOB members featured in the video for "Die Homes."

---

[4] "Homes" is a reference to the Homes Avenue gang, another rival gang of NOB.

**March 5, 2020**

In addition to the violent crimes noted above, PINA was also involved in driving gang-related violence, including, for example, through a recorded jail call on March 5, 2020 with Joshua TEIXEIRA.  PINA asked TEIXEIRA about a "kid from Mozart" who had been housed with TEIXEIRA in state custody – at this point, TEIXEIRA was no longer in custody and PINA was.  "Mozart" is a reference to the Mozart Street gang – a Boston-based street gang.  TEIXEIRA replied that he was remembered the person.  PINA responded: "Aww, y'all should have killed that n***a" and "Y'all should have trashed that n***a" – the person should have been attacked in custody by NOB members/associates.   TEIXEIRA inquired why they should have done so because TEIXEIRA did not believe there was any outstanding conflict.   PINA responded that the individual had made statements on social media disrespecting NOB including a murdered NOB member.  TEIXEIRA replied that he had not known this.  TEIXEIRA then told PINA that "Brian" – NOB member Brian Cardoso – was still in custody and "tell that n***a to crack him" – assault the target.  PINA replied: "I'm already hip."  TEIXEIRA then stated: "Catch him [the target] sleepin' … tell him [the NOB member Cardoso] to tray him [assault the target with a tray from the kitchen] …. I'm gonna tell Brian to tray him [the target] tonight.  Brian's supposed to call …, I think … let's tell that n***a to tray him [the target]."  PINA agreed.

**Drug Trafficking**

As set forth above, PINA was arrested in July 2019 with a bag of blue fentanyl pills and a loaded handgun concealed in his vehicle consistent with PINA being involved in drug trafficking.  Defendant Michael BRANDAO was in the vehicle with PINA at the time of the police stop – consistent with BRANDAO working with PINA in the distribution of drugs.  Following his arrest, PINA was involved in multiple recorded jail calls while being held pre-trial in which he discussed ensuring the ongoing operation of his drug trafficking.  The calls involved various NOB members/associates, including defendant Kelvin BARROS, defendant JOSHUA TEIXEIRA, Anthony Depina, and Tyrone MEEK.  Based on communications, it appears that the primary drug moved by PINA was marijuana.

## Damian CORTEZ

CORTEZ is an NOB associate who worked with various other NOB members/associates to engage in trafficking of controlled substances and sex trafficking.

**Drug Trafficking**

As detailed above, CORTEZ was involved in numerous specific drug trafficking incidents, including:

- On or about March 15, 2020, Abington police observed CORTEZ, in a car, conduct a hand-to-hand exchange with a person known to officers as a drug user, who was stopped with a gram of fentanyl that he confirmed he had bought from the person in the car.

- On or about April 28, 2020, police attempted to conduct a traffic stop of a Chevy Malibu, but the driver sped away, struck a parked car, and fled on foot. In the Malibu, officers found a prescription pill bottle with CORTEZ's name and two cell phones, and confirmed based on a database query that CORTEZ was the person they had seen flee the car. The next day, a bag of approximately 18 grams of fentanyl was found in what would have been CORTEZ's flight path.

- On or about April 29, 2020, the USPS intercepted and seized a package containing approximately 8 pounds of marijuana addressed to NOB member/associate Anthony Depina at 19 Falmouth St., Attleboro, MA, an address then being rented by Depina and being used by CORTEZ.[5]

One of the phones recovered on April 28, 2020, searched by investigators and determined to be used by CORTEZ, contained numerous conversations with NOB members/associates regarding trafficking controlled substances.

- For example, recovered electronic communications between CORTEZ and NOB member/associate Moses Cabral discuss Percocet pills or pills designed to appear as pharmaceutical-grade Percocet or oxycodone but actually containing fentanyl ("erks" or "perks"), as well as marijuana. Several examples follow:

  o On February 26, 2020, Cabral texted CORTEZ "I need some erks; the next day, CORTEZ replied "I can get u 30 but I'm broke til Tomorrow."
  o On March 8, 2020, Cabral texted CORTEZ "I need erks" and CORTEZ responded "Ok 8pm buddy."
  o On March 20, 2020, Cabral texted CORTEZ "I need perks" and CORTEZ responded "you gonna habe [come] to meet me in the dolph [Randolph] u want to.amd how many…how many so I can call."
  o On April 26, 2020, Cabral texted CORTEZ "how much weed u want" to which CORTEZ asked "What you got…which one is the best" and later asked Cabral to come "tomorrow…[or] today and 7…London [brand of marijuana] and what ever one is better."

- As another example, recovered electronic communications between CORTEZ and NOB member/associate Tyrell Williams a/k/a "OTF" discuss "pinks" and marijuana. Several examples follow:

  o On March 15, 2020, CORTEZ texted Williams "Lmk [let me know] if any "pinks" [consistent with oxycodone pills] to which Williams replied "Imma…call you."
  o On March 18, 2020, CORTEZ texted Williams "you got any pinks" to which Williams replied "Waitin for him to get more."
  o On March 21, 2020, CORTEZ texted Williams "ok brodda got you no pinks yet[?]" to which Williams responded "Waitin for him its couple day ors this

---

[5] As detailed herein and below, on or about June 16, 2020, investigators seized over a kilogram of fentanyl, a commercial pill press, drug trafficking paraphernalia, and personal documents of CORTEZ from this residence.

week comin ip the latest." CORTEZ replied "Ok and I'll stock you up just in case we can be mobile like that" and asked "Yo.u fuck with the carts or edibles[?]" [marijuana].

- o  On April 28, 2020, CORTEZ texted Williams "Yoo still got pinks[?]"

Additionally, at least two cooperating witnesses who were involved in drug trafficking related to the NOB gang described CORTEZ's involvement therein.

- One cooperating witness stated that BARROS provided the witness and MATHIEU blue pills that BARROS obtained from CORTEZ that looked like "Perc 30" Percocet pills, but that actually contained fentanyl.  The witness stated that BARROS stated that CORTEZ had a pill press; thus, the witness believed CORTEZ was pressing the pills.  This witness additionally stated that MATHIEU sometimes went directly to CORTEZ for drugs, including fentanyl.

- A second cooperating witness stated that the witness purchased weed, fentanyl powder, and blue "perc 30" fentanyl pills from CORTEZ.

**Sex Trafficking**

As detailed above, on or about October 28, 2017, in Westbrook, ME, CORTEZ was arrested with two other NOB members/associates related to prostitution activity.

Specifically, CORTEZ was identified as the pimp of a female victim, AH, who told law enforcement that CORTEZ was forcing her into prostitution, keeping all of the money she made, physically abusing her (consistent with a large bruise detectives observed on AH's arm that AH said was caused by CORTEZ), using her drug addition to keep her working for him, and had told AH that if she left him, he would kill her.  AH also stated that AH and CORTEZ had come to Maine after traveling around New England arranging prostitution dates along with a second female victim, "Amanda;" "Moses," the pimp of "Amanda" (identified as NOB member/associate Moses "Moe" Cabral); and "Delven" (identified as NOB member/associate Delven Carvalho-Centeio). Cabral and Carvalho-Centeio were also arrested.

As noted below, during the June 16, 2020 search warrant execution of the Attleboro apartment used by CORTEZ, investigators recovered personal documents of CORTEZ including a notebook with rap lyrics, some of which described prostitution activities. For example:

-"Fucking with Moe [Moses Cabral] selling thotties"

-"Selling p****like pet stores. We really pimping."

-"Ya cuffin hoes. I whipper [whip her] around. Sex slaving them."

-"Me and my n****s is getting closer to millions every day. Drug dealing, trafficking sex and drugs. Guns is on us. Fuck around yo gone."

**June 16, 2020 – Recovery of Fentanyl, Pill Press, and Personal Documents**

On or about June 16, 2020, investigators executed a federal search warrant at the Attleboro, MA, apartment used by CORTEZ and rented by NOB member/associate Depina. In the apartment, investigators recovered: (1) several hundred blue pills packaged for distribution, which were subsequently determined to contain fentanyl; (2) a significant amount of powder fentanyl; (3) a commercial pill press; (4) various dies to stamp pills associated with the commercial pill press; and (5) various types of cutting agents, including blue cutting agents. The recovered evidence also included a package for the shipment of materials related to the commercial pill press that had been shipped to CORTEZ. The type of blue fentanyl pills seized from the apartment were consistent with blue fentanyl pills distributed by various NOB members/associates.

Investigators also recovered personal documents of CORTEZ, including a notebook with rap lyrics written by CORTEZ in which he admitted to dealing drugs and to his association with the NOB gang, as well as referencing sex trafficking activities, as noted above.  For example:

-"NOB try us n***a. U getting buried."

-"Like Fredo [BRANDAO] N Kal [BARROS] fuck with mines [me] u abe a dead op [about to be a dead rival]."

-"Shout out NOB. All us n***a make plays but don play."

Further, numerous text messages recovered from the phone used by CORTEZ with a phone number determined to be associated with Depina confirm CORTEZ's residency therein: for example, on March 9, 2020, Depina asked CORTEZ "Check the mail for me please see if I got a letter from IRS," to which CORTEZ responded "Ok when I fet [get] home;" the next day, CORTEZ asked Depina "you want me to come bring you your mail and chill with you," to which Depina responded "Yea please" " Bring it."

### Additional NOB-Related Activity

As detailed above, on or about February 25, 2020, investigators observed CORTEZ driving a Honda Fit, with an NOB member/associate as his passenger, that was used in the February 8, 2020 murder of A.B.  The license plate on the Honda Fit belonged to the other vehicle used in the murder, an Acura SUV stolen during a February 2, 2020 armed robbery. Video surveillance from February 25, 2020 additionally showed the Honda Fit parked at a residence associated with CORTEZ in Randolph, MA, and showed it being used by CORTEZ to commit arson of a Honda Accord believed to have been stolen by NOB members/associates.

### David RODRIGUEZ

RODRIGUEZ is an NOB member/associate who has been in at least one NOB gang-related video with BARROS and BRANDAO, and has repeatedly been observed by law enforcement at various locations with NOB members/associates, including in situations consistent with RODRIGUEZ's active participation in NOB.  Additionally, evidence shows that NOB members/associates conspired to pool proceeds from illegal activities (such as drug

trafficking) to pay for RODRIGUEZ's legal representation after he was arrested on state charges related to a murder in 2020.

As detailed above, RODRIGUEZ was involved in numerous gang-related incidents, including:

- Gang Affray at State Courthouse - October 28, 2019: On October 28, 2019, RODRIGUEZ and other NOB members/associates, including TEIXEIRA and Eric Rodriguez, arrived at Boston Municipal Court shortly after BRANDAO and Tyrone Meek were confronted by rival gang members and BRANDAO was observed making phone calls from a cellular phone. RODRIGUEZ, TEIXEIRA, and Eric Rodriguez then engaged in a confrontation with the rival gang members.

- Armed Robbery Conspiracy - February 2, 2020: As discussed above, RODRIGUEZ conspired with other NOB members/associates to commit a robbery in February 2020. The victim was robbed of a vehicle and jewelry. GOMES admitted to being part of the armed robbery in a recorded jail call. Video surveillance footage established that RODRIGUEZ, GOMES and another NOB member/associate entered a Boston pawn shop to pawn the jewelry that was robbed from the victim. In addition, ROIDRIGUEZ's identification documents were submitted in pawning jewelry that was robbed from the victim. Approximately six weeks later, in recorded jail calls, RODRIGUEZ instructed NOB members/associates to recover the evidence of the jewelry at the pawn shop.

  Theft of Vehicle – February 18, 2020: RODRIGUEZ and other NOB members/associates were involved in stealing a vehicle while a five-year-old girl was inside. Specifically, video surveillance shows RODRIGUEZ, BRANDAO, and other NOB members/associates getting into a vehicle driven by RODRIGUEZ. After arriving at another area, an NOB member/associate leaves RODRIGUEZ's vehicle and enters another vehicle after the operator (the father of the five-year-old girl) had exited it to run into a shop. The five-year-old was driven from that area and left on the side of a street in Randolph, MA by herself. This stolen vehicle was recovered a week later in Abington, MA, after it had been set on fire.

During the investigation, evidence was obtained which supported that RODRIGUEZ also conspired with NOB members/associates to distribute controlled substances. For example, on June 29, 2019, PINA texted NOB member/associate Tyrone Meek asking him to "check if I dropped any yerks [pharmaceutical-grade Percocet or fentanyl pills] in the v [vehicle]," as PINA thought he "lost them." PINA then told Meek that "D [David RODRIGUEZ] found them" for PINA. Consistent with such drug trafficking, as detailed above, on or about February 19, 2020, during the search warrant executions of the neighboring Dorchester residences of RODRIGUEZ and his brother Eric Rodriguez, investigators recovered multiple bags of marijuana, 14 marijuana plants, other marijuana, drug trafficking paraphernalia, loose pages containing information consistent with a drug ledge, a notebook with pages containing information consistent with a drug ledger, a total of approximately $7,492, and four loaded handguns. The seized ledger pages included a reference to defendants PINA and TEIXEIRA.