UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF    )

    AMERICA          )

v.                              )  Crim. No. 1:20CR10197-6

                             )

MICHAEL BRANDAO )

_____

**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT FOR SENTENCING**

<u>Music</u>
Pg. 7 Paragraph 10, Pg. 9 Paragraph 17,18,19
Pg. 12 Paragraph 27-28, Pg.21 Paragraph 60,
Pg. 22 Paragraph 67, Pg. 23 Paragraph 68, 69 and 70. Pg. 34 Paragraph 114,

<u>Juvenile</u>
Pg. 8 Paragraph 14, Pg 10 Paragraph 21-23,
Pg. 11 Paragraph 23a-23e, Pg. 11 Paragraph 25-26,
Pg. 12 Paragraph 29-31, Pg. 13 Paragraph 31a-d,
Pg. 13 and Pg. 14 Paragraph 33-42, Pg. 14 and Pg. 15 Paragraph 43-47,
Pg. 16 Paragraph 48, Pg. 23 and 24 Paragraph 70-72,
Pg. 24 Paragraph 73, Pg. 24 and Pg. 25 Paragraph 74,
Pg. 29 Paragraph 91-97, Pg. 31 Paragraph 100-101,
Pg. 32 + Pg. 33 Paragraph 102-109, Pg. 33+34 Paragraph 111-112, Pg. 35 Paragraph 117.

<u>Alleged Adult Offenses</u>

Pg. 16 and Pg. 17 Paragraph 49-52, Pg. 17 Paragraph 53-55,
Pg. 17 + Pg. 18 Paragraph 56- 58, Pg. 21 Paragraph 60-63, Pg.22 Paragraph 64-65, Pg. 26 Paragraph 79, Pg. 26 Paragraph 80, Pg. 26 and Pg. 27 Paragraph 81.

                                        Respectfully submitted by and through counsel,

                                        Micheal Brandao

By His Attorney,

Carlos A. Apostle, Esquire

Apostle Law

Attorney At Law

One McKinley Square

Boston, Ma 02109

BBO:698129
